DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259.8000
Facsimile: (212) 259.6333
Martin J. Bienenstock, Esq.
Irena M. Goldstein, Esq.
Timothy Q. Karcher, Esq.

*Attorneys for Ad Hoc Committee of Preferred Shareholders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------
                                              )
In re:                                        )     Chapter 11
                                              )
INNKEEPERS USA TRUST, *et al.*,               )     Case No. 10-13800 (SCC)
                                              )
           Debtors.                           )     Jointly Administered
                                              )
---------------------------------------------------------------------

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Dewey & LeBoeuf LLP, on behalf of the Ad Hoc Committee of Preferred Shareholders (the "Ad Hoc Committee")[1], and under, *inter alia*, Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

---

[1] The following holders of approximately 24.0% of Innkeepers' 8% Series C Cumulative Preferred Shares comprise the Ad Hoc Committee: Brencourt Advisors, LLC; Esopus Creek Advisors, LLC; and Plainfield Special Situations Master Fund II Limited.

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

Attention: Martin J. Bienenstock, Esq.
Irena M. Goldstein, Esq.
Timothy Q. Karcher, Esq.

Email: mbienenstock@dl.com
igoldstein@dl.com
tkarcher@dl.com

PLEASE TAKE FURTHER NOTICE that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission or otherwise.

Dated: New York, New York
August 11, 2010

DEWEY & LEBOEUF LLP

By: /s/ Martin J. Bienenstock
Martin J. Bienenstock, Esq.
Irena M. Goldstein, Esq.
Timothy Q. Karcher, Esq.
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259.8000
Facsimile: (212) 259.6333

*Attorneys for Ad Hoc Committee of Preferred Shareholders*