DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333
Martin J. Bienenstock, Esq.
Irena M. Goldstein, Esq.
Timothy Q. Karcher, Esq.

Attorneys for Ad Hoc Committee of Preferred Shareholders

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| INNKEEPERS USA TRUST, et al., | Case No. 10 – 13800 (SCC) |
| Debtors. | (Jointly Administered) |
| AD HOC COMMITTEE OF PREFERRED SHAREHOLDERS, | |
| Movant, | |
| -against- | |
| INNKEEPERS USA TRUST, et al., | |
| Respondent. | |

**REVISED NOTICE OF HEARING ON THE MOTION OF THE AD HOC COMMITTEE OF PREFERRED SHAREHOLDERS FOR ORDER DIRECTING APPOINTMENT OF STATUTORY COMMITTEE OF PREFERRED SHAREHOLDERS PURSUANT TO BANKRUPTCY CODE SECTION 1102(a)(2)**

PLEASE TAKE NOTICE that a hearing to consider the motion (the "Statutory Committee Motion") of the Ad Hoc Committee of Preferred Shareholders (the "Ad Hoc Committee") for entry of an order directing the appointment of a statutory committee of preferred shareholders pursuant to section 1102(a)(2) of title 11 of the United States Code (the "Bankruptcy Code"), filed September 13, 2010 [Docket No. 435] in the above-captioned chapter

11 cases of Innkeepers USA Trust and certain of its affiliates (collectively, the "Debtors"), will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom No. 610, One Bowling Green, New York, New York on **Thursday, September 30, 2010 at 10:00 a.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief sought in the Statutory Committee Motion must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court for the Southern District of New York, and the Order Establishing Certain Notice, Case Management, and Administrative Procedures [Docket No. 56], entered in the Debtors' chapter 11 cases on July 20, 2010 (the "Case Management Procedures Order"), and be filed with the United States Bankruptcy Court for the Southern District of New York and served in accordance with the Case Management Procedures Order so as to be actually received no later than **Friday, September 24, 2010 at 4:00 p.m. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that replies to any such objections will be filed and served by the Ad Hoc Committee of Preferred Shareholders no later than **Tuesday, September 28, 2010 at 5:00 p.m** (**Eastern Time**).

Dated: New York, NY
September 14, 2010

DEWEY & LEBOEUF LLP

/s/ Martin J. Bienenstock
Martin J. Bienenstock, Esq.
Irena Goldstein, Esq.
Timothy Q. Karcher, Esq.
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333

*Attorneys for Ad Hoc Committee of Preferred Shareholders*