James H.M. Sprayregen, P.C.
Paul M. Basta
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

and

Anup Sathy, P.C.
Marc J. Carmel (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Counsel to the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| INNKEEPERS USA TRUST, *et al.*,[1] | ) Case No. 10-13800 (SCC) |
| Debtors. | ) Jointly Administered |

**NOTICE OF OMNIBUS HEARING DATES**

**PLEASE TAKE NOTICE** that, pursuant to the *Notice, Case Management, and Administrative Procedures* [Docket No. 68] approved by the Court (the "**Case Management Procedures**"), the United States Bankruptcy Court for the Southern District of New York (the

---

[1] The list of Debtors in these Chapter 11 Cases along with the last four digits of each Debtor's federal tax identification number can be found by visiting the Debtors' restructuring website at www.omnimgt.com/innkeepers or by contacting Omni Management Group, LLC at Innkeepers USA Trust c/o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 606, Encino, California 91436. The location of the Debtors' corporate headquarters and the service address for their affiliates is: c/o Innkeepers USA, 340 Royal Poinciana Way, Suite 306, Palm Beach, Florida 33480.

"**Bankruptcy Court**") has scheduled the following omnibus hearing dates and times for matters in the above-captioned cases:

> January 26, 2011 at 10:00 a.m. (prevailing Eastern Time); and

> February 24, 2011 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the omnibus hearings will be held in Courtroom 610, United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408, unless otherwise ordered by the Bankruptcy Court.

| | |
|---|---|
| New York, New York<br>Dated: November 19, 2010 | /s/ *Paul M. Basta*<br>James H.M. Sprayregen, P.C.<br>Paul M. Basta<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>and<br><br>Anup Sathy, P.C.<br>Marc J. Carmel (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654-3406<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>Counsel to the Debtors and<br>Debtors in Possession |

K&E 18004797