David M. Friedman
Howard W. Schub
Adam L. Shiff
Daniel A. Fliman
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>INNKEEPERS USA TRUST, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-13800 (SCC)<br>(Jointly Administered) |

**VERIFIED STATEMENT OF KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP PURSUANT TO BANKRUPTCY RULE 2019**

Kasowitz, Benson, Torres & Friedman LLP ("KBT&F") makes the following statement (the "Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure in connection with the above-captioned chapter 11 cases of Innkeepers USA Trust, *et al.* (collectively, the "Debtors"):

1.  KBT&F is a law firm that maintains its principal office at 1633 Broadway, New York, New York 10019, and additional offices in Atlanta, Houston, Newark, Miami and San Francisco.

2.  KBT&F currently represents Five Mile Capital Partners LLC ("FMCP") and the following investment funds directly or indirectly owned by FMCP or for which FMCP acts as investment advisor:  CRES Investment No. II, LP ("CRES"), Five Mile Capital II Pooling International LLC ("Pooling II") and Five Mile Capital II CMBS Pooling International LLC

("CMBS Pooling II").  FMCP's address is: Three Stamford Plaza, 9th Floor, Stamford, CT 06901.  The addresses for each of CRES, Pooling II, and CMBS Pooling II is: c/o Five Mile Capital Partners LLC, Three Stamford Plaza, 9th Floor, Stamford, CT 06901.

3. Prior to the commencement of the above-captioned Chapter 11 cases, FMCP retained KBT&F as its counsel and counsel for its managed funds, including Pooling II and CMBS Pooling II.

4. On or about November 17, 2010, Pooling II acquired 100% of CRES's partnership interests and an affiliate of FMCP became CRES's general partner.  Accordingly, as of such date, KBT&F has also represented CRES.

5. As set forth in Schedule A hereto, Pooling II holds certain certificates in the CMBS Trust called "LB-UBS Commercial Mortgage Trust 2007-C6" (the "C6 Trust"), in which a portion of the Debtors' fixed rate mortgage loan is securitized.  These certificates were originally purchased by CMBS Pooling II.

6. As set forth in Schedule B hereto, CRES holds certain certificates in the CMBS Trust called "LB-UBS Commercial Mortgage Trust 2007-C7" (the "C7 Trust"), in which a portion of the Debtors' fixed rate mortgage loan is securitized.

7. As set forth in Schedule C hereto, Pooling II is a lender under the Debtors' debtor-in-possession facility.

8. As the entity filing this Statement, KBT&F does not hold any claims against or interests in the Debtors.

9. KBT&F reserves the right to revise, supplement and/or amend this Statement as need be, including but not limited to if the holdings set forth herein change in material respect.

Dated: January 10, 2011
      New York, New York

                                      KASOWITZ, BENSON, TORRES
                                             & FRIEDMAN LLP

                                       By:  /s/ David M. Friedman
                                       David M. Friedman
                                       Howard W. Schub
                                       Adam L. Shiff
                                       Daniel A. Fliman
                                       1633 Broadway
                                       New York, New York 10019
                                       Telephone: (212) 506-1700
                                       Facsimile: (212) 506-1800

## VERIFICATION

David M. Friedman hereby declares under penalty of perjury as follows:

1. I am a member of the law firm of Kasowitz, Benson, Torres & Friedman LLP, attorneys to: (i) CRES Investment No. II LP; (ii) Five Mile Capital Partners LLC; (iii) Five Mile Capital II Pooling International LLC; and (iv) Five Mile Capital II CMBS Pooling International LLC in the above-captioned bankruptcy cases.

2. I have read the foregoing *Verified Statement of Kasowitz, Benson, Torres & Friedman LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019* and verify that the statements therein are true and correct to the best of my knowledge, information and belief.

Dated: January 10, 2011
New York, New York

David M. Friedman

## Schedule A

**Five Mile Capital II Pooling International LLC[1]**
c/o Five Mile Capital Partners LLC
Three Stamford Plaza, 9th Floor
Stamford, Connecticut 06901

| Name of Security | CUSIP | Class Face | Notional | Percentage Held | Date Acquired |
|---|---|---|---|---|---|
| LBUBS 2007-C6 L | 52109PBB0 | 44,684,000.00 | 44,684,000 | 100% | 8/31/2007 |
| LBUBS 2007-C6 M | 52109PBC8 | 14,895,000.00 | 14,895,000 | 100% | 8/31/2007 |
| LBUBS 2007-C6 N | 52109PBD6 | 11,171,000.00 | 11,171,000 | 100% | 8/31/2007 |
| LBUBS 2007-C6 P | 52109PBE4 | 3,723,000.00 | 3,723,000 | 100% | 8/31/2007 |
| LBUBS 2007-C6 Q | 52109PBF1 | 7,448,000.00 | 7,448,000 | 100% | 8/31/2007 |
| LBUBS 2007-C6 S | 52109PBG9 | 7,447,000.00 | 7,447,000 | 100% | 8/31/2007 |
| LBUBS 2007-C6 T | 52109PBH7 | 44,684,714.00 | 44,684,714 | 100% | 8/31/2007 |
| | | **134,052,714.00** | **134,052,714.00** | | |

---

[1] Five Mile Capital II CMBS Pooling International LLC originally purchased these certificates and transferred them to Five Mile Capital II Pooling International LLC on April 6, 2010.

## Schedule B

**CRES Investment No. II, LP**
c/o Five Mile Capital Partners LLC
Three Stamford Plaza, 9th Floor
Stamford, Connecticut 06901

| Name of Security | Cusip# | Class Face | Notional Total | Percentage Held | Date Acquired |
|---|---|---|---|---|---|
| LBUBS 2007-C7 K | 52109RAS0 | 27,739,000 | 1,422,000 | 5.13% | 11/30/2007 |
| LBUBS 2007-C7 L | 52109RAU5 | 19,814,000 | 2,972,000 | 15.00% | 11/30/2007 |
| LBUBS 2007-C7 M | 52109RAW1 | 11,889,000 | 1,783,000 | 15.00% | 11/30/2007 |
| LBUBS 2007-C7 N | 52109RAY7 | 11,888,000 | 3,566,000 | 30.00% | 11/30/2007 |
| LBUBS 2007-C7 P | 52109RBA8 | 3,963,000 | 2,021,130 | 51.00% | 11/30/2007 |
| LBUBS 2007-C7 Q | 52109RBC4 | 3,963,000 | 2,021,130 | 51.00% | 11/30/2007 |
| LBUBS 2007-C7 S | 52109RBE0 | 3,963,000 | 2,021,130 | 51.00% | 11/30/2007 |
| LBUBS 2007-C7 T | 52109RBG5 | 47,553,927 | 24,252,927 | 51.00% | 11/30/2007 |
| | | 130,772,927 | 40,059,317 | | |

**Schedule C**

**Five Mile Capital II Pooling International LLC**
c/o Five Mile Capital Partners LLC
Three Stamford Plaza, 9th Floor
Stamford, Connecticut 06901

Pursuant to the Court's *Final Order Authorizing the Debtors to Obtain Postpetition Senior Secured Super-Priority Debtor-in-Possession Financing From Five Mile Capital II Pooling International LLC Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c), 364(d), and 364(e)* [Docket No. 400], on or about September 2, 2010, Five Mile Capital II Pooling International LLC funded a super-priority debtor-in-possession loan in the amount of approximately $53,000,000.