MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Brett H. Miller
Lorenzo Marinuzzi
Jordan A. Wishnew

*Counsel for the Official Committee
of Unsecured Creditors of Innkeepers USA Trust, et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| Innkeepers USA Trust, *et al.*, | 10-13800 (SCC) |
| Debtors. | Jointly Administered |

**FIRST INTERIM APPLICATION OF THE MEMBERS OF
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM JULY 28, 2010 THROUGH NOVEMBER 30, 2010**

The first interim application of the Members of the Official Committee of Unsecured Creditors (the "Committee") of Innkeepers USA Trust, et al. (the "Debtors") in accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated August 12, 2010 (the "Compensation Procedures Order") permitting members of the Committee ("Applicants") to submit statements for reimbursement of expenses, does respectfully represent and allege as follows:

1. Applicants, for their first interim allowance, seek reimbursement of out-of-pocket expenses aggregating $521.14, which were actually and necessarily incurred as members of the

Committee, during the period from July 28, 2010 through November 30, 2010 (the "First Interim Period").[1]

2. This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§1408 and 1409. This is a core proceeding pursuant to 28 U.S. §157(b)(2)(A).

3. On July 19, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors' cases encompass seventy-two (72) hotel properties and ninety-two (92) debtor entities located throughout the country.

4. On July 28, 2010, the United States Trustee for the Southern District of New York appointed a five (5) member committee pursuant to Section 1102(a)(1) of the Bankruptcy Code.[2] On August 4, 2010, the Committee selected The Eric Ryan Corporation and JMC Global as its Co-Chairpersons. Thereafter, the Committee selected Morrison & Foerster LLP to serve as its counsel.

5. In accordance with the Compensation Procedures Order, the Debtors were authorized to, among other things, pay Applicants one-hundred percent (100%) of disbursements incurred on a monthly basis. A summary of the Applicants' aggregate disbursement requests on a monthly basis (the "Disbursement Request Summary") is attached as Exhibit "A." During the First Interim Period, Applicants have incurred and seek the reimbursement of out-of-pocket expenses in the amount of $521.14.

---

[1] Applicants reserve the right to seek at a later date reimbursement of expenses incurred during the First Interim Period that may not be included herein.
[2] The Committee members include: (i) JMC Global; (ii) PDQ Consulting, Inc.; (iii) Triangle Renovations USA; (iv) American Hotel Register Company; and (v) The Eric Ryan Corporation.

2

ny-957941

6. The instant Application covers expenses incurred during the First Interim Period, during which time the Committee was active in all aspects of these cases. In order to diligently monitor all activities relevant to these cases, Applicants participated in multiple meetings of the Committee during the First Interim Period, including the in-person organizational meeting of the Committee on July 28, 2010 (the "Organizational Meeting"). Many Applicants are located at a considerable distance from the location of the Organizational Meeting, and accordingly, incurred costs to attend this meeting.

7. Applicants hereby request reimbursement of their actual out-of-pocket expenses incurred as members of the Committee, aggregating $521.14. Further, the affidavits from Applicants, together with substantially all of the documentation supporting the amounts incurred, as set forth in the Disbursement Request Summary, are annexed hereto as Exhibit "B." Applicants submit that the expenses were incurred solely for the benefit of the Committee, were reasonable in amount and were necessary to the proper performance of the members' duties as representatives of the unsecured creditors.

WHEREFORE, Applicants respectfully request entry of an Order awarding reimbursement for Applicants' actual and necessary expenses in the aggregate amount of $521.14, as detailed by the Disbursement Request Summary annexed hereto as Exhibit "A."

3

ny-957941

Dated: January 14, 2011
New York, New York

Respectfully submitted,

/s/ *Lorenzo Marinuzzi*
MORRISON & FOERSTER LLP
Brett H. Miller
Lorenzo Marinuzzi
Jordan A. Wishnew
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Official Committee of Unsecured Creditors of Innkeepers USA Trust, et al.*

# **EXHIBIT A**

## SUMMARY OF APPLICANTS' DISBURSEMENT REQUESTS

| Committee Member | Representative | First Monthly Period (July 28, 2010 – Aug. 31, 2010) | Second Monthly Period (Sept. 1, 2010 – Sept. 30, 2010) | Third Monthly Period (Oct. 1, 2010 – Oct. 31, 2010) | Fourth Monthly Period (Nov. 1, 2010 – Nov. 30, 2010) | Total Reimbursement Sought |
|---|---|---|---|---|---|---|
| The Eric Ryan Corporation | Keith Venezie | $521.14 | $0.00 | $0.00 | $0.00 | $521.14 |
| | **TOTALS:** | $521.14 | $0.00 | $0.00 | $0.00 | $521.14 |

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

In re

INNKEEPERS USA TRUST, *et al.*

Debtors.

Case No. 10-13800 (SCC)
(Chapter 11)

Jointly Administered

## CERTIFICATION

I, _Keith Venezie_, do respectfully certify as follows:

1. I am _Keith Venezie_ of _The Erickson Corp_, a member of the Official Committee of Unsecured Creditors (the "Committee") of Innkeepers USA Trust, *et al.*, the Debtors and Debtors-in-Possession herein. This certification is made in support of my request, as a member of the Committee, for the reimbursement of expenses in the amount of $ _521.14_ for the period from _June 28_, 20_10_ through _June 28_, 20_10_.

2. The expenses requested, as set forth in the attached report, were incurred solely for the benefit of the Committee. I understand these expenses to be consistent with the Guidelines of the United States Trustee, and to be reasonable in amount. These expenses were necessary to the proper performance of my duties as a representative of the Committee, including attendance at Committee meetings. This request does not seek reimbursement of the incremental expenditure for first class airfare, unless otherwise noted and explained in the attached report. In accordance with the location at which the Committee meetings are held, these expenses were necessary to the proper performance of my duties, and every effort has been made to keep expenses to a minimum.

Dated:

_11-17-10_

_____
Representative

ny-934855

# REPORTS OF EXPENSES FOR MEMBERS OF
# THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
# INNKEEPERS USA TRUST, *ET AL.*

NAME OF INDIVIDUAL REPRESENTATIVE  Keith Venezse

NAME OF MEMBER INSTITUTION  The Erie Ryn Corp

| Expenses for Meeting(s) | 7/28/10 | / / | Total(s) |
|---|---|---|---|
| Air Transportation | 292.90<br>164.70 | | |
| Taxi, Bus, Auto rental | 38.69<br>10.25 | | |
| Food and Lodging | 9.65 | | |
| Telephone | | | |
| Miscellaneous (*Explanation on Reverse*) | 4.95<br>(Internet) | | |
| Total(s) for each Date: | $521.14 | | |

# Nina Burke

**From:** Keith Venezie
**Sent:** Saturday, July 24, 2010 6:36 AM
**To:** Nina Burke
**Subject:** FW: Your US Airways flight

Flight from NYC (court hearing) to Tallahassee (meeting with LBA properties) Dothan Alabama

**From:** reservations@email-usairways.com [mailto:reservations@email-usairways.com]
**Sent:** Saturday, July 24, 2010 6:35 AM
**To:** Keith Venezie
**Subject:** Your US Airways flight

Confirmation code: AYGYWH
Date issued: Saturday, July 24, 2010

- New baggage policy

Scan at any US Airways kiosk to check in.

**Passengers**

| Passenger name | Frequent flyer # (Airline) | Ticket number | Special needs |
|---|---|---|---|
| Keith C Venezie | 87L53D8 (US) | 03723967797071 | |

**Trip details**  Download to Outlook

Depart  New York, NY (Laguardia) (LGA)  Tallahassee, FL (TLH)   **Date:** Wednesday, July 28, 2010
**Status:** Active

1

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 1489 | 06:59 PM LGA | 09:02 PM CLT | 2h 3m | None | A320 | Coach | 11F |

Stop. Change plane in Charlotte, NC (CLT)

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 2257 | 10:30 PM CLT | 11:55 PM TLH | 1h 25m | None | CRJ 700 | Coach | 12D |

US Airways

Flight operated by PSA Airlines doing business as US Airways Express

### Total travel cost (1 passengers)

| | |
|---|---|
| 1 Adult | $253.95 |
| Taxes + fees | $38.95 |
| **Fare total** | **$292.90** Non-refundable |
| Total | $292.90 |

### Helpful links

Manage your reservation

Join Dividend Miles

Airport information

Baggage policies

TSA regulations

Seated in an exit row? Read about checking in.

☐ Charged to Keith Venezie
\*\*\*\*\*\*\*\*\*\*\*\*9835 MasterCard

2

# Nina Burke

**From:** Keith Venezie
**Sent:** Friday, July 23, 2010 2:19 PM
**To:** Nina Burke
**Subject:** FW: Your US Airways flight

Flight to NYC for court hearing with bankruptcy courts

**From:** reservations@email-usairways.com [mailto:reservations@email-usairways.com]
**Sent:** Friday, July 23, 2010 2:16 PM
**To:** Keith Venezie
**Subject:** Your US Airways flight

Confirmation code: AL8N54
Date issued: Friday, July 23, 2010

- New baggage policy

Scan at any US Airways kiosk to check in.

## Passengers

| Passenger name | Frequent flyer # (Airline) | Ticket number | Special needs |
|---|---|---|---|
| Keith C Venezie | 87L53D8 (US) | 03723967111034 | |

**Trip details** — Download to Outlook

Depart: Pittsburgh, PA (PIT) — New York, NY (Laguardia) (LGA)
**Date:** Wednesday, July 28, 2010
**Status:** Active

1

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 3720 | 09:08 AM PIT | 10:29 AM LGA | 1h 21m | None | CRJ | Coach | 8D |

Flight operated by Air Wisconsin doing business as US Airways Express

Total travel cost (1 passengers)

| | |
|---|---|
| 1 Adult | $143.26 |
| Taxes + fees | $21.44 |

**Fare total**      $164.70   Non-refundable

Total          $164.70

☐ Charged to Keith Venezie
   \*\*\*\*\*\*\*\*\*\*\*\*9835 MasterCard

Helpful links

Manage your reservation

Join Dividend Miles

Airport information

Baggage policies

TSA regulations

Seated in an exit row? Read about checking in.

## Terms & conditions

- Ticket is non-transferable.

```
SIGNATURE


-----------------------------

SIGNATURE


-----------------------------


    I ♡ NEW YORK

HACK #    05298431
MED  #        2K72
TRIP #        9671
DATE: 07/28/2010
START TIME  10:49
END TIME    11:23
RATE No.        1
STAND. CITY RATE
MILES R1     9.53
FARE1 $     26.90
ST. SUR      0.50
Mid-Turn     4.57
Tip/Other    6.72
GR.TOT.     38.69


Contact TLC Dial
      3-1-1



MED#         8F42
07/28/10 TR  231
START  END MILES
12:17 12:30  1.1
Regular Fare
 RATE 1:$    7.70
 SURCH: $    0.00
 StSrch:$    0.50
 TIP  : $    2.05
 TOTAL: $   10.25

Card Type: MC
XXXXXXXXXXXX9835
AUTH:01690P

    THANKS
 TO CONTACT TLC
   DIAL 3-1-1
```

```
        McDonald's Laguardia Airport
        Thank you for eating at McDonald's

           US AIR EAST END TERMINAL
              FLUSHING, NY 11371

                 THANK YOU

MCDONALDS 12200 LA G   TEL# (718)397-0898

85  KS#05   S#1     Jul.28'10(Wed)17:10
STORE# 12200        MER# KB36668810001

Order #585        EAT IN

  2 ANGUS MSH&SWS SNK WP          3.98
  1 MED FRENCH FRIES              2.09
  1 MED STWBAN SMOOTHIE           2.79

  SUB TOTAL                       8.86
  EAT IN TAX                      0.79
                                 -----
                                  9.65

 CARD ISSUER    ACCOUNT #
 MSTR SALE       ***********9835
 TRANSACTION AMOUNT               9.65
 AUTH CODE 01216P SEQ# 0343

 CASH TENDERED                    0.00

 CHANGE                           0.00
```

**Amy Yaromey**

**From:** Keith Venezie
**Sent:** Thursday, July 29, 2010 7:53 AM
**To:** Amy Yaromey
**Subject:** FW: Your GOGO Purchase Receipt [15]

Plz print for me

**From:** Gogo Customer Care [mailto:customercare@gogoinflight.com]
**Sent:** Thursday, July 29, 2010 6:07 AM
**To:** Keith Venezie
**Subject:** Your GOGO Purchase Receipt [15]



Thanks for your purchase. We hope to see you again the next time you're on a flight with Gogo, Inflight Internet.

Happy Travels,
Gogo

| Billed To: | Order Summary: | |
|---|---|---|
| keith venezie | Order Number | 15 |
| PO BOX 473 | Receipt Date | 07/28/2010 |
| ELLWOOD CITY, PA, 16117 | Payment | Master : xxxx 9835 |
| Username: exitquest | **Flight Pass** | -$ 4.95 |
| Airline: AWE | Promotion | -$ 0.00 |
| Session start time: 07:39 PM EDT | Tax | $ 0.00 |
| | **Total** | **$ 4.95** |

**Have any questions or concerns?**
Please visit Gogo customer care to view our FAQs,
send us an email at customercare@gogoinflight.com
or give us a call at 1-877-350-0038 when you're on the ground.

1