# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re: **Innkeepers USA Trust, ET AL.,** Case No. **10-13800**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SONAR CREDIT PARTNERS, LLC**
Name of Transferee

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS, LLC**
**200 BUSINESS PARK DRIVE, SUITE 201**
**ARMONK, NY 10504**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: N/A
Last Four Digits of Acct #: N/A

**MY LIMOUSINE SERVICE**
Name of Transferor

Court Claim # (if known): N/A
Amount of Claim: **$22,477.74**
Date Claim Filed: N/A

Phone: N/A
Last Four Digits of Acct. #: N/A

Name and Current Address of Transferor:

MY LIMOUSINE SERVICE
P.O. BOX 378
235 ROUTE 10 EAST
EAST HANOVER, NJ 07936

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg          Date: 4/14/2011
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court ("Bankruptcy Court")
         Southern District of New York
         Attn: Clerk

AND TO:  Grand Prix Floating Lessee LLC ("Debtor"), Case No. 10-13826
         (Jointly Administered under Innkeepers USA Trust, Case No. 10-13800)

**MY LIMOUSINE SERVICE**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **SONAR CREDIT PARTNERS, LLC**
> 200 Business Park Drive
> Suite 201
> Armonk, NY 10504
> Attn: Michael Goldberg
> Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $22,477.74 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April ___ 12 ___, 2011.

| ASSIGNOR | ASSIGNEE |
|---|---|
| Signature: | Signature: |
| Name: Howard F. Googe | Name: Michael Goldberg |
| Title: President | Title: Managing Member |
| Date: 04\12\11 | Date: 4\13\11 |

**Grand Prix Floating Lessee LLC**                                    10-13826

Debtor                                                                Case No. (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

### F1: Non CUD

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 154686<br>MUZAK LLC<br>P.O. BOX 71070<br>CHARLOTTE, NC 28272-1070 | | | UNSECURED VENDORS | | | | $97.88 |
| ACCOUNT NO. 134617<br>MUZAK-NATIONAL<br>P.O. BOX 601968<br>CHARLOTTE, NC 28260-1968 | | | UNSECURED VENDORS | | | | $179.05 |
| ACCOUNT NO. 121301<br>MUZAK-WORLD MUSIC CORP.<br>1011 RT 22 EAST<br>MOUNTAINSIDE, NJ 07092 | | | UNSECURED VENDORS | | | | $185.96 |
| ACCOUNT NO. 131185<br>MY LIMOUSINE SERVICE<br>P.O. BOX 378<br>235 RTE 10<br>EAST HANOVER, NJ 07936 | | | UNSECURED VENDORS | | | | $22,477.74 |
| ACCOUNT NO. 121476<br>N.E.T.R., INC<br>165-A NEW BOSTON STREET<br>WOBURN, MA 01801 | | | UNSECURED VENDORS | | | | $350.31 |
| ACCOUNT NO. 131186<br>NATIONAL AIR FILTER SERVICE CO.<br>325 WASHINGTON AVENUE<br>P.O. BOX 6600<br>CARLSTADT, NJ 07072 | | | UNSECURED VENDORS | | | | $359.95 |
| ACCOUNT NO.<br>NATIONAL GRID<br>P.O. BOX 9083<br>MELVILLE, NY 11747 | | | UNSECURED VENDORS | | | | $1,052.03 |
| ACCOUNT NO. 138075<br>NEO-IMAGE<br>1331 BLUNDELL ROAD<br>MISSISSAUGA, ON L4Y1M6 | | | UNSECURED VENDORS | | | | $701.87 |

Subtotal (Total of this page)                          $25,404.79