# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re: **Innkeepers USA Trust, ET AL.**, Case No. **10-13800**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS, LLC** <br> Name of Transferee | **Golden Gate Sign Company, Inc.** <br> Name of Transferor |
| Name and Address where notices to transferee should be sent: <br><br> **SONAR CREDIT PARTNERS, LLC** <br> **200 BUSINESS PARK DRIVE, SUITE 201** <br> **ARMONK, NY 10504** | Court Claim # (if known): N/A <br> Amount of Claim: **$15,755.22** <br> Date Claim Filed: N/A |
| Phone: **(914) 730-1005** <br> Last Four Digits of Acct #: N/A | Phone: N/A <br> Last Four Digits of Acct. #: N/A |
| Name and Address where transferee payments should be sent (if different from above): <br><br> Phone: N/A <br> Last Four Digits of Acct #: N/A | Name and Current Address of Transferor: <br><br> Golden Gate Sign Company, Inc. <br> 711 INDEPENDENT ROAD <br> Oakland, CA 94621 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg                         Date: 4/18/2011
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT B**

## EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New York
Attn: Clerk

AND TO:  Gran Prix Belmont LLC ("Debtor"), Case No. 10-13813
(Jointly Administered under Innkeepers USA Trust, Case No. 10-13800)

**GOLDEN GATE SIGN**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS, LLC**
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$15,755.22** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April _15_, 2011.

| ASSIGNOR | ASSIGNEE |
|---|---|
| Signature: _[signature]_ | Signature: _[signature]_ |
| Name: ALAN BARTIZK | Name: Michael Goldberg |
| Title: C.E.O. | Title: Managing Member |
| Date: 4-15-2011 | Date: 4-18-2011 |

**Grand Prix Belmont LLC**  10-13813
Debtor                      Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a "minor child" is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on the page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing a "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding general unsecured claims to report on this Schedule F.

## F1: Non CUD

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> GOLDEN GATE SIGN COMPANY, INC <br> 711 INDEPENDENT ROAD <br> OAKLAND, CA 94621 | | | UNSECURED VENDORS | | | | $15,755.22 |
| | | | | | | F1: Non CUD Total | $15,755.22 |

## F2: CUD

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 134005 <br> JENKINS/GALES & MARTINEZ <br> 5933 WEST CENTURY BLVD <br> SUITE #1000 <br> LOS ANGELES, CA 90045 | | | TRADE VENDOR | x | x | x | $3,501.94 |
| | | | | | | F2: CUD Total | $3,501.94 |

## F3: Litigation

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|

Page 1 of 2                                       Subtotal          $19,257.16
                                         (Total of this page)