UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| INNKEEPERS USA TRUST, *et al.*,[1] | Case No. 10-13800 (SCC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Mario E. Diaz, am employed in the city and county of Los Angeles, State of California. I hereby certify that on May 6, 2011, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in <u>Exhibit A</u> attached hereto, and (ii) first-class mail, postage pre-paid to the parties listed in <u>Exhibit B</u> attached hereto:

- **Notice of Time Change of May 10, 2011 Disclosure Statement Hearing [Docket No. 1194]**
- **Notice of June 7, 2011 Omnibus Hearing [Docket No. 1195]**

Dated: May 6, 2011

Mario E. Diaz
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California }
{                    } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 6th day of May, 20 11, by Mario E. Diaz, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

---

[1] The list of Debtors in these Chapter 11 Cases along with the last four digits of each Debtor's federal tax identification number can be found by visiting the Debtors' restructuring website at www.omnimgt.com/innkeepers or by contacting Omni Management Group, LLC at Innkeepers USA Trust c/o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 606, Encino, California 91436. The location of the Debtors' corporate headquarters and the service address for their affiliates is: c/o Innkeepers USA, 340 Royal Poinciana Way, Suite 306, Palm Beach, Florida 33480.

# **EXHIBIT A**

| | | |
|---|---|---|
| Apollo Investment Corporation<br>Attn: Joseph D. Glatt<br>JGlatt@apollocapital.com | Arnold & Porter LLP<br>ATTN: ALAN LAWRENCE<br>Alan.Lawrence@aporter.com | Arnold & Porter LLP<br>Attn: Marc Daniel<br>Marc.Daniel@aporter.com |
| Arnold & Porter LLP<br>Attn: Michael Canning<br>michael.canning@aporter.com | Arnold & Porter LLP<br>Attn: Michael J. Canning<br>michael.canning@aporter.com | Barlett Hackett Feinberg P.C.<br>Attn: Frank F. McGinn<br>ffm@bostonbusinesslaw.com |
| Bryan Cave LLP<br>Attn: Lawrence P. Gottesman, Esq<br>lawrence.gottesman@bryancave.com | Bryan Cave LLP<br>Attn: Michelle McMahon, Esq<br>michelle.mcmahon@bryancave.com | Centerline Servicing, Inc.<br>Attn: Steve Oltmann<br>soltmann@centerline.com |
| CW Capital Asset Management LLC<br>Attn: Scott Fishkind<br>sfishkind@cwcapital.com | CWCapital Performing Loan Management- CMBS<br>Scott Fishkind, Associate-Asset Manager<br>sfishkind@cwcapital.com | Dechert LLP<br>Attn: Andrew L. Buck<br>Andrew.Buck@dechert.com |
| Dechert LLP<br>Attn: Brian E. Greer<br>Brian.Greer@dechert.com | Dechert LLP<br>Attn: Justin Gdula<br>Justin.Gdula@dechert.com | Dechert LLP<br>Attn: Michael J. Sage<br>Michael.Sage@dechert.com |
| Dechert LLP<br>Attn: Nicole B. Herther-Spiro<br>nicole.hertherspiro@dechert.com | Dechert LLP<br>c/o Stephanie M. Tita<br>stephanie.tita@dechert.com | Dewey & Leboeuf LLP<br>Attn: Irena M. Goldstein, Esq.<br>igoldstein@dl.com |
| Dewey & Leboeuf LLp<br>Attn: Martin J. Bienenstock, Esq<br>mbienenstock@dl.com | Dewey & Leboeuf LLP<br>Attn:Timothy Q. Karcher, Esq.<br>tkarcher@dl.com | Duane Morris LLP<br>Attn: Phillip K. Wang<br>pwang@duanemorris.com |

Elite Heating & Air
cust@elitehvac.com

Fire & Oak
joshuad@southcitygrill.com

Goldenbock EisemanAssor Bell & Peskoe LLP
Attn: Jonathan L. Flaxer, ESQ.
jflaxer@golenbock.com

Haynes and Boone, LLP
Attn: John D. Penn, Esq.
john.penn@haynesboone.com

Haynes and Boone, LLP
ATTN: Lenard M. Parkins, Esq. - MARK ELMORE,
lenard.parkins@haynesboone.com
mark.elmore@haynesboone.com

Haynes and Boone, LLP
Lenard M. Parkins, Esq.
lenard.parkins@haynesboone.com

Kasowitz, Benson, Torres & Friedman LLP
Attn: Adam L. Shiff, Esq.
ashiff@kasowitz.com

Kasowitz, Benson, Torres & Friedman LLP
Attn: Daniel A. Fliman
dfliman@kasowitz.com

Kasowitz, Benson, Torres & Friedman LLP
Attn: David M. Friedman
dfriedman@kasowitz.com

Kaufmann Gildin Robbins & Oppenheim LLP
Attn: Bruce R. Alter, Esq.
info@altergoldlaw.com

Kaufmann Gildin Robbins & Oppenheim LLP
David J. Kaufmann, Esq.
dkaufmann@kaufmanngildin.com

Kilpatrick & Associates, P.C.
Attn: Richardo I. Kilpatrick
ecf@kaalaw.com

Kilpatrick Stockton LLP
Attn: Jonathan E. Polonsky, Esq.
jpolonsky@kilpatrickstockton.com

Kilpatrick Stockton LLP
Attn: Mark A. Fink, Esq.
mfink@kilpatrickstockton.com

Kilpatrick Stockton LLP
Attn: Rex R. Veal, Esq.
rveal@kilpatrickstockton.com

Kilpatrick Stockton LLP
Attn: Todd C. Meyers, Esq.
tmeyers@kilpatrickstockton.com

Kirkland & Ellis, LLP
Jennifer Marines, Associate
jennifer.marines@kirkland.com

Kirkland & Ellis, LLP
Marc Carmel, Partner
marc.carmel@kirkland.com

Kohner, Mann & Kailas, S.C.
Attn: Samuel C. Wisotzkey
swisotzkey@kmksc.com

LAMCO LLC
Susanne Frey
susanne.frey@lamcollc.com

Law Offices of Bruce Levinson
ecf@blevlaw.com

Law Offices of Robert E. Luna, P.C.
Attn: Andrea Sheehan, Esq.
sheehan@txschoollaw.com

Lehman ALI, Inc.
c/o David Forti, Esq.
david.forti@dechert.com

Linebarger Goggan Blair & Sampson, LLP
sanantonio.bankruptcy@publicans.com

Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
dallas.bankruptcy@publicans.com

LNR Partners, Inc.
Attn: Chris Brown
CBrown@LNRProperty.com

LNR Partners, Inc.
Chris Brown
cbrown@Lnrproperty.com

Lowndes, Drosdick, Doster, Kantor & Reed, P.A
Attn: Zachary Bancroft, Esq.
zachary.bancroft@lddkr.com

Marx Realty & Improvement Co.
Stephanie.T@marxrealty.com

Morrison & Foerster, LLP
Attn: Lorenzo Marinuzzi
LMarinuzzi@mofo.com

Morrison & Foerster, LLP
Attn: Brett H. Miller
BMiller@mofo.com

Morrison & Foerster, LLP
Attn: Jordan A. Wishnew
JWishnew@mofo.com

Office of the Attorney General
attorney.general@ag.ky.gov

Office of the Attorney General
attorney.general@ct.gov

Office of the Attorney General
cab@state.co.us

Office of the Attorney General
Constituent@atg.in.gov

Office of the Attorney General
greg.abbott@oag.state.tx.us

Office of the Attorney General
oag@oag.state.md.us

Office of the Attorney General
rob.mckenna@atg.wa.gov

Paul, Weiss, Rifkand, Wharton & Garrison, LLP
Attn: Alan W. Kornberg, Esq.
akornberg@paulweiss.com

Paul, Weiss, Rifkand, Wharton & Garrison, LLP
Attn: Andrew J. Ehrlich
aehrlich@paulweiss.com

Paul, Weiss, Rifkand, Wharton & Garrison, LLP
Attn: Lauren Shumejda
lshumejda@paulweiss.com

| | | |
|---|---|---|
| Perkins Coie<br>Attn: Beth Understahl<br>BUnderstahl@perkinscoie.com | Perkins Coie LLP<br>Attn: David Neff<br>DNeff@perkinscoie.com | Romero Law Firm<br>Attn: Martha E. Romero<br>romero@mromerolawfirm.com |
| Saul Ewing LLP<br>Attn: Jeffrey C. Hampton<br>jhampton@saul.com | Saul Ewing LLP<br>Attn: Melissa W. Rand, Esq.<br>mrand@saul.com | Sheppard Mullin Richter & Hampton LLP<br>Attn: Jane Qin<br>jqin@sheppardmullin.com |
| Sheppard Mullin Richter & Hampton LLP<br>Carren Shulman, Esq.<br>cshulman@sheppardmullin.com | State of Michigan, Department of Treasury<br>Michael A. Cox, Attorney General<br>harrisjm@michigan.gov | Tashjian & Padian<br>Gerald Padian, Esq. & Bradley M. Rank, Esq.<br>gpadian@tashpad.com |
| Wells Fargo Bank, N.A.<br>Schuyler G. Carroll - Jeffrey D. Vanacore<br>scarroll@perkinscoie.com<br>jvanacore@perkinscoie.com | Wells Fargo, N.A.<br>c/o Christopher J. Hart, Esq.<br>chart@lockelord.com | Wilmer Cutler Pickering Hale & Dorr LLP<br>Philip Anker, Esq.<br>philip.anker@wilmerhale.com |

Creditors:  75

# EXHIBIT B

American Hotel Register Co.
16458 Collections Center Drive
Chicago, IL 60693

Best Western International Inc
6201 North 24th Parkway
Phoenix, AZ 85016

Brickman Group, Ltd
3630 Solutions Center
Chicago, IL 60677

Capmark Finance Inc.
Attn: Portfolio Manager, Specialty Asset Management
1600 Tysons Blvd
Suite 1100
McLean, VA 22102

Carrier Corp
PO Box 905303
Charlotte, NC 28290

Cintas Corporation
97627 Eagle Way
Chicago, IL 60678-9760

CSE Mortgage, LLC
4445 Willard Avenue
12th Floor
Chevy Chase, MD 20815

Deutsche Banc Mortgage Capital, LLC
Attn: Director, Mortgage Backed Securities
60 Wall Street
10th Floor
New York, NY 10005

Deutsche Bank Securities Inc.
Attn: General Counsel
60 Wall Street
New York, NY 10005-2858

Doubletree Hotel Systems, Inc.
9336 Civic Center Drive
Attn: General Counsel
Beverly Hills, CA 90210

Ecolab
PO Box 905327
Charlotte, NC 28290-5327

Ecolab Pest Elimination
PO Box 6007
Grand Forks, ND 58206-6007

Eric Ryan Corporation
1 Early Street
Ellwood City, PA 16117

Fibercare
7701 Pillsbury Avenue South
Richfield, MN 55423

Global Restaurant Design, Corp
31368 Via Colinas
Suite #108
Westlake Village, CA 91362

Guest Supply, Inc.
PO Box 910
Monmouth Juction, NJ 08852

HD Supply Facilities
PO Box 509058
Maintenance
San Diego, CA 92150-9058

Hilton Hotels Corporation
4649 Paysphere Circle
Chicago, IL 60674-4694

Hilton Inns, Inc.
9336 Civic Center Drive
Attn: General Counsel
Beverly Hills, CA 90210

Hyatt Summerfield Suites
194 Park Ave.
Morristown, NJ 07960

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19104

Jenkins/Gales & Martinez
5933 West Century Blvd
Suite #1000
Los Angeles, CA 90045

JMC Global
7 Grogans Park Drive Ste 11
The Woodlands, TX 77380

LaSalle Bank National Association
Attn: Global Securities and Trust Services
LB-UBS Commercial Mortgage Trust 2007-C6
135 South LaSalle Street
Suite 1625
Chicago, IL 60603

Lasalle Bank National Association
C/O Wells Fargo Comm Mortgage Servicing
1320 Willow Pass Road #150
Concord, CA 94520-7910

Lehman ALI, Inc.
Attn: Charlene Thomas
101 Hudson Street
Jersey City, NJ 07302-3915

Lehman ALI, Inc.
Attn: Michael E. Lascher
1271 Avenue of the Americas
39th Floor
NEW YORK, NY 10020

Lehman ALI, Inc.
Attn: Michael E. Lascher
1271 Avenue of the Americas, 39th Floor
New York, NY 10020

LG Electronics USA Inc
PO Box 905337
Charlotte, NC 28290

LNR Property Corporation
1601 Washington Avenue, Suite 800
Miami Beach, FL 33139

Marriott Hotels
180 Hawley Lane
Trumbull, CT 06484

Marriott International, Inc.
10400 Fernwood Road
Franchise Attorney
Law Department 52/923.25
Bethesda, MD 20817

Marriott International, Inc.
10400 Fernwood Road
VP Owner and Franchise Services
Bethesda, MD 20817

Merrill Lynch Mortgage Lending Inc.
Four World Financial Center
16th Floor
New York, NY 10080

Midland Loan Services, Inc.
10851 Mastin
Suite 700
Overland Park, KS 66210

Midland Loan Services, Inc.
Attn: President
P.O. Box 25965
Shawnee Mission, KS 66225

Oak Roofing, Inc.
220 Hemlock
Wood Dale, IL 60191

Office Depot
PO Box 633211
Cincinnati, OH 45263-3211

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Office of the Attorney General
100 West Randolph Street
Chicago, IL 60601

Office of the Attorney General
1300 I Street, Suite 1740
Sacramento, CA 95814

Office of the Attorney General
25 Market Street
CN 080
Trenton, NJ 08625

Office of the Attorney General
40 Capitol Square SW
Atlanta, GA 30334

Office of the Attorney General
55 Elm Street
Hartford, CT 06141

Office of the Attorney General
6 State House Station
Augusta, ME 04333

Office of the Attorney General
900 East Main Street
Richmond, VA 23219

Office of the Attorney General
9001 Mail Service Center
Raleigh, NC 27699-9001

Office of the Attorney General
California Department of Justice
Attn: Public Inquiry Unit
PO Box 944255
Sacramento, CA 94244-2550

Office of the Attorney General
Deputy AG Jeff Koziar
25 Market Street
CN 080
Trenton, NJ 08625

Office of the Attorney General
G. Mennen Williams Building, 7th Floor
525 W. Ottawa St.
PO Box 30212
Lansing, MI 48909

Office of the Attorney General
McCormack Building
One Ashburton Place
Boston, MA 02108

Office of the Attorney General
PO Box 629
Raleigh, NC 27602

Office of the Attorney General
The Capitol – 2nd Floor
Albany, NY 12224-0341

Onyx Sealcoating, Inc.
15113 S. Kilbourn
Midlothan, IL 60445

Pdq Consulting, Inc.
407 Wood Lake Drive
Allen, TX 75013

Pennsylvania Office of the Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

Promus Hotels, Inc.
9336 Civic Center Drive
Attn: General Counsel
Beverly Hills, CA 90210

Quoizel, Inc.
6 Corporate Pkwy.
Goose Creek, SC 29445

Rhs Commercial LLC
1003 Stafford Road
Kalamazoo, MI 49006

Romala Stone, Inc.
315 S. Beverly Drive
Suite 506
Beverly Hills, CA 90212-4316

Royal Cup Dine-Mor
PO Box 170971
Birmingham, AL 35217

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Springfield Corporation
PO Box 620189
Atlanta, GA 30362

Starwood Hotels & Resorts Worldwide Inc.
Attn: Sandy Olson
9841 Airport Blvd., Ste 812
Los Angeles, CA 90045

Summerfield Hotel Company LLC
Attn: SVP Franchising
71 S. Wacker Drive
Fl 14
Chicago, IL 60606

Sunset Pools, Inc.
1808-1 I Street NW Ste 201
Washington, DC 20006

Swank Audio Visuals, LLC
639 E. Garvois Bluffs
St. Louis, MO 63026

Texas Attorney General's Office
Hal F. Morris & Ashley F. Bartram
Bankruptcy & Collections Div.
PO Box 12548, MC-008
Austin, TX 78711-2548

The Sheraton LLC
600 Galleria Parkway
Suite 1700
Attn: General Counsel - Franchise Division
Atlanta, GA 30339

The Sheraton LLC
c/o Starwood Hotels and Resorts Worldwide
1111 Westchester Ave
Attn: General Counsel
White Plains, NY 10604

Triangle Renovations
3760 Louisville Road
Louisville, TN 37777

United States Trustees Office
Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004

Us Wall Decor
7703 Kingspointe Parkway
Suite 600
Orlando, FL 32819

Waste Management
PO Box 930580
Atlanta, GA 31193

Wells Fargo Bank
Carol Anderson, Asset Manager
1901 Harrison St, 2nd Floor
Oakland, CA 94612

Wells Fargo Bank N.A.
Portfolio Managers
c/o Capmark Finance Inc.
Three Ravina Drive, Suite 200
Atlanta, GA 30346

Wells Fargo, N.A.
c/o Capmark Finance Inc.
Attn: Portfolio Managers
Three Ravina Drive, Suite 200
Atlanta, GA 30346

Western State Design, Inc.
25616 Nickle Place
Hayward, CA 94545

York Credit Opportunities Fund, L.P
York Credit Opportunities Master Fund, L.P
c/o York Capital Management
Attn: General Counsel
767 Fifth Avenue, 17th Floor
New York, NY 10153