James H.M. Sprayregen, P.C.
Paul M. Basta
Stephen E. Hessler
Brian S. Lennon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

and

Anup Sathy, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Counsel to the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INNKEEPERS USA TRUST, *et al.*,[1] | ) | Case No. 10-13800 (SCC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF ADJOURNMENT OF**
**MAY 10, 2011 DISCLOSURE STATEMENT HEARING TO MAY 11, 2011**

**PLEASE TAKE NOTICE** that the hearing scheduled to be held on May 10, 2011 at

2:00 p.m. prevailing Eastern Time before the Honorable Shelley C. Chapman, United States

Bankruptcy Judge, in Courtroom No. 610 of the United States Bankruptcy Court for the Southern

---

[1] The list of Debtors in these Chapter 11 Cases along with the last four digits of each Debtor's federal tax identification number can be found by visiting the Debtors' restructuring website at www.omnimgt.com/innkeepers or by contacting Omni Management Group, LLC at Innkeepers USA Trust c/o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 606, Encino, California 91436. The location of the Debtors' corporate headquarters and the service address for their affiliates is: c/o Innkeepers USA, 340 Royal Poinciana Way, Suite 306, Palm Beach, Florida 33480.

District of New, Alexander Hamilton Custom House, One Bowling Green, New York, New York, 10004-1408 (the "**Hearing**") to consider the *Debtors' Motion for Entry of an Order Approving (A) Adequacy of the Disclosure Statement; (B) Certain Dates Related to Confirmation of the Plan; (C) Certain Voting Procedures and the Form of Certain Documents To Be Distributed in Connection with Solicitation of the Plan; and (D) Proposed Voting and General Tabulation Procedures* [Docket No. 1095], *Debtors' Motion for Entry of an Order Approving (I) Stipulation By and Between Debtors, LNR Partners LLC, and Ad Hoc Committee of Preferred Shareholders and (II) Break-Up Fee and Expense Reimbursement for Chatham Lodging L.P.* [Docket No. 1205], and Midland Loan Services' *Motion to Require Debtors to Comply with Sections 363 and 503 of the Bankruptcy Code* [Docket No. 1110] has been adjourned to **May 11, 2011 at 10:00 a.m. prevailing Eastern Time**.

| | |
|---|---|
| New York, New York<br>Dated: May 10, 2011 | /s/ *Brian S. Lennon*<br>James H.M. Sprayregen, P.C.<br>Paul M. Basta<br>Stephen E. Hessler<br>Brian S. Lennon<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>and<br><br>Anup Sathy, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654-3406<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>Counsel to the Debtors<br>and Debtors in Possession |

K&E 18991053