HAYNES AND BOONE, LLP
1221 Avenue of the Americas, 26th Floor
New York, NY 10020
Telephone: (212) 659-7300
Facsimile: (212) 918-8989

Lenard M. Parkins (NY Bar #4579124)
John D. Penn (NY Bar # 4847208)
Mark Elmore (admitted *pro hac vice*)

*Midland Loan Services, a division of PNC Bank, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| INNKEEPERS USA TRUST, *et al.*, | Case No. 10-13800 (SCC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                         ) ss:
COUNTY OF NEW YORK )

Paul L. Fabsik, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in New York, New York:

That on the 10th day of May, 2011 deponent served a copy of Midland Loan Services' Limited Objection To The Disclosure Statement For The Debtors' Plans Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code to the person on Service List A via Hand Delivery and;

That on the 9th day of May, 2011 deponent served a copy of Midland Loan Services' Limited Objection To The Disclosure Statement For The Debtors' Plans Of Reorganization

Pursuant To Chapter 11 Of The Bankruptcy Code to the persons on Service List B via electronic mail.

    SEE ATTACHED SERVICE LISTS

                                                                /s/ Paul L. Fabsik
                                                                Paul L. Fabsik

    SWORN TO AND SUBSCRIBED before me on this 10th day of May, 2011 by Dawn Lavelle.

                                                                /s/ Dawn Lavelle
                                                                Notary Public in and for The State of New York

**SERVICE LIST A**

Paul Keenan Schwartzberg, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

**SERVICE LIST B**

brian.greer@dechert.com
michael.sage@dechert.com
bmiller@mofo.com
asathy@kirkland.com
pbasta@kirkland.com
JGlatt@apollocapital.com
Nicole.hertherspiro@dechert.com
pwang@duanemorris.com
dkaufmann@kaufmanngildin.com
dallas.bankruptcy@publicans.com
sanantonio.bankruptcy@publicans.com
akornberg@paulweiss.com
aehrlich@paulweiss.com
lshumejda@paulweiss.com
jqin@sheppardmullin.com
gpadian@tashpad.com
LMarinuzzi@mofo.com
JWishnew@mofo.com
clement.yee@kirkland.com
christopher.langbein@kirkland.com
mcarmel@kirkland.com
dneff@perkinscoie.com
jeff.powell@kirkland.com
daniel.donovan@kirkland.com
Lawrence.Gottesman@bryancave.com
mreed@duanemorris.com
michelle.mcmahon@bryancave.com
ashiff@kasowitz.com
dfriedman@kasowitz.com
dfliman@kasowitz.com
jmazermarino@msek.com
kshelley@kaufmanngildin.com
cshulman@sheppardmullin.com
tmeyers@kilpatrickstockton.com
ffm@bostonbusinesslaw.com
jflaxer@golenbock.com
info@altergoldlaw.com
mrand@saul.com
jhampton@saul.com
ecf@kaalaw.com
Michael.canning@arnoldporter.com
mbienenstock@dl.com
igoldstein@dl.com
tkarcher@dl.com

Sheehan@txschoollaw.com  
lattanasio@sidley.com  
Romero@mromerolawfirm.com  
MFink@kilpatrickstockton.com  
jessica.fischweicher@bryancave.com  
scarroll@perkinscoie.com  
jvanacour@perkinscoie.com  
ecf@blevlaw.com