UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INNKEEPERS USA TRUST, et al.,[1] | ) | Case No. 10-13800 (SCC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the city and county of Los Angeles, State of California. I hereby certify that on May 10, 2011, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in Exhibit A attached hereto, and (ii) via overnight mail by placing the documents in a sealed Federal Express envelope, affixing a pre-paid air bill, and delivering envelopes to a Fed Ex location in Los Angeles, California to the parties listed on the Service List attached hereto as Exhibit B. Also, in the event the address was a P.O. Box, the document(s) listed below were placed in a sealed Express Mail envelope, affixed a pre-paid air bill, and placed in the United States mail in Los Angeles, California addressed to the parties listed on the Service List and are also included in Exhibit B attached hereto:

- **Notice of Time Change of May 11, 2011 Disclosure Statement Hearing [Docket No. 1279]**

Dated: May 11, 2011

Scott M. Ewing
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this _11th_ day of _May_, 20_11_, by _Scott M. Ewing_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

---

[1] The list of Debtors in these Chapter 11 Cases along with the last four digits of each Debtor's federal tax identification number can be found by visiting the Debtors' restructuring website at www.omnimgt.com/innkeepers or by contacting Omni Management Group, LLC at Innkeepers USA Trust c/o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 606, Encino, California 91436. The location of the Debtors' corporate headquarters and the service address for their affiliates is: c/o Innkeepers USA, 340 Royal Poinciana Way, Suite 306, Palm Beach, Florida 33480.

# **EXHIBIT A**

Apollo Investment Corporation
Attn: Joseph D. Glatt
JGlatt@apollocapital.com

Arnold & Porter LLP
ATTN: ALAN LAWRENCE
Alan.Lawrence@aporter.com

Arnold & Porter LLP
Attn: Marc Daniel
Marc.Daniel@aporter.com

Arnold & Porter LLP
Attn: Michael Canning
michael.canning@aporter.com

Arnold & Porter LLP
Attn: Michael J. Canning
michael.canning@aporter.com

Barlett Hackett Feinberg P.C.
Attn: Frank F. McGinn
ffm@bostonbusinesslaw.com

Bryan Cave LLP
Attn: Lawrence P. Gottesman, Esq
lawrence.gottesman@bryancave.com

Bryan Cave LLP
Attn: Michelle McMahon, Esq
michelle.mcmahon@bryancave.com

Centerline Servicing, Inc.
Attn: Steve Oltmann
soltmann@centerline.com

CW Capital Asset Management LLC
Attn: Scott Fishkind
sfishkind@cwcapital.com

CWCapital Performing Loan Management- CMBS
Scott Fishkind, Associate-Asset Manager
sfishkind@cwcapital.com

Dechert LLP
Attn: Andrew L. Buck
Andrew.Buck@dechert.com

Dechert LLP
Attn: Brian E. Greer
Brian.Greer@dechert.com

Dechert LLP
Attn: Justin Gdula
Justin.Gdula@dechert.com

Dechert LLP
Attn: Michael J. Sage
Michael.Sage@dechert.com

Dechert LLP
Attn: Nicole B. Herther-Spiro
nicole.hertherspiro@dechert.com

Dechert LLP
c/o Stephanie M. Tita
stephanie.tita@dechert.com

Dewey & Leboeuf LLP
Attn: Irena M. Goldstein, Esq.
igoldstein@dl.com

Dewey & Leboeuf LLp
Attn: Martin J. Bienenstock, Esq
mbienenstock@dl.com

Dewey & Leboeuf LLP
Attn:Timothy Q. Karcher, Esq.
tkarcher@dl.com

Duane Morris LLP
Attn: Phillip K. Wang
pwang@duanemorris.com

Elite Heating & Air
cust@elitehvac.com

Fire & Oak
joshuad@southcitygrill.com

Goldenbock EisemanAssor Bell & Peskoe LLP
Attn: Jonathan L. Flaxer, ESQ.
jflaxer@golenbock.com

Haynes and Boone, LLP
Attn: John D. Penn, Esq.
john.penn@haynesboone.com

Haynes and Boone, LLP
Lenard M. Parkins, Esq.
lenard.parkins@haynesboone.com

Haynes and Boone, LLP
MARK ELMORE, ESQ.
mark.elmore@haynesboone.com

Kasowitz, Benson, Torres & Friedman LLP
Attn: Adam L. Shiff, Esq.
ashiff@kasowitz.com

Kasowitz, Benson, Torres & Friedman LLP
Attn: Daniel A. Fliman
dfliman@kasowitz.com

Kasowitz, Benson, Torres & Friedman LLP
Attn: David M. Friedman
dfriedman@kasowitz.com

Kaufmann Gildin Robbins & Oppenheim LLP
Attn: Bruce R. Alter, Esq.
info@altergoldlaw.com

Kaufmann Gildin Robbins & Oppenheim LLP
David J. Kaufmann, Esq.
dkaufmann@kaufmanngildin.com

Kilpatrick & Associates, P.C.
Attn: Richardo I. Kilpatrick
ecf@kaalaw.com

Kilpatrick Stockton LLP
Attn: Jonathan E. Polonsky, Esq.
jpolonsky@kilpatrickstockton.com

Kilpatrick Stockton LLP
Attn: Mark A. Fink, Esq.
mfink@kilpatrickstockton.com

Kilpatrick Stockton LLP
Attn: Rex R. Veal, Esq.
rveal@kilpatrickstockton.com

Kilpatrick Stockton LLP
Attn: Todd C. Meyers, Esq.
tmeyers@kilpatrickstockton.com

Kirkland & Ellis, LLP
Jennifer Marines, Associate
jennifer.marines@kirkland.com

Kohner, Mann & Kailas, S.C.
Attn: Samuel C. Wisotzkey
swisotzkey@kmksc.com

LAMCO LLC
Susanne Frey
susanne.frey@lamcollc.com

Law Offices of Bruce Levinson
ecf@blevlaw.com

Law Offices of Robert E. Luna, P.C.
Attn: Andrea Sheehan, Esq.
sheehan@txschoollaw.com

Lehman ALI, Inc.
c/o David Forti, Esq.
david.forti@dechert.com

Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
dallas.bankruptcy@publicans.com

Linebarger Goggan Blair & Sampson, LLP
sanantonio.bankruptcy@publicans.com

| | | |
|---|---|---|
| LNR Partners, Inc.<br>Attn: Chris Brown<br>CBrown@LNRProperty.com | LNR Partners, Inc.<br>Chris Brown<br>cbrown@Lnrproperty.com | Lowndes, Drosdick, Doster, Kantor & Reed, P.A<br>Attn: Zachary Bancroft, Esq.<br>zachary.bancroft@lddkr.com |
| Marx Realty & Improvement Co.<br>Stephanie.T@marxrealty.com | Morrison & Foerster, LLP<br>Attn: Lorenzo Marinuzzi<br>LMarinuzzi@mofo.com | Morrison & Foerster, LLP<br>Attn: Brett H. Miller<br>BMiller@mofo.com |
| Morrison & Foerster, LLP<br>Attn: Jordan A. Wishnew<br>JWishnew@mofo.com | Office of the Attorney General<br>attorney.general@ag.ky.gov | Office of the Attorney General<br>attorney.general@ct.gov |
| Office of the Attorney General<br>cab@state.co.us | Office of the Attorney General<br>Constituent@atg.in.gov | Office of the Attorney General<br>greg.abbott@oag.state.tx.us |
| Office of the Attorney General<br>oag@oag.state.md.us | Office of the Attorney General<br>rob.mckenna@atg.wa.gov | Paul, Weiss, Rifkand, Wharton & Garrison, LLP<br>Attn: Alan W. Kornberg, Esq.<br>akornberg@paulweiss.com |
| Paul, Weiss, Rifkand, Wharton & Garrison, LLP<br>Attn: Andrew J. Ehrlich<br>aehrlich@paulweiss.com | Paul, Weiss, Rifkand, Wharton & Garrison, LLP<br>Attn: Lauren Shumejda<br>lshumejda@paulweiss.com | Perkins Coie<br>Attn: Beth Understahl<br>BUnderstahl@perkinscoie.com |
| Perkins Coie LLP<br>Attn: David Neff<br>DNeff@perkinscoie.com | Romero Law Firm<br>Attn: Martha E. Romero<br>romero@mromerolawfirm.com | Saul Ewing LLP<br>Attn: Jeffrey C. Hampton<br>jhampton@saul.com |
| Saul Ewing LLP<br>Attn: Melissa W. Rand, Esq.<br>mrand@saul.com | Sheppard Mullin Richter & Hampton LLP<br>Attn: Jane Qin<br>jqin@sheppardmullin.com | Sheppard Mullin Richter & Hampton LLP<br>Carren Shulman, Esq.<br>cshulman@sheppardmullin.com |
| State of Michigan, Department of Treasury<br>Michael A. Cox, Attorney General<br>harrisjm@michigan.gov | Wells Fargo Bank, N.A.<br>Jeffrey D. Vanacore<br>jvanacore@perkinscoie.com | Wells Fargo Bank, N.A.<br>Schuyler G. Carroll<br>scarroll@perkinscoie.com |
| Wells Fargo, N.A.<br>c/o Christopher J. Hart, Esq.<br>chart@lockelord.com | Wilmer Cutler Pickering Hale & Dorr LLP<br>Philip Anker, Esq.<br>philip.anker@wilmerhale.com | |

Creditors: 74

# **EXHIBIT B**

American Hotel Register Co.
16458 Collections Center Drive
Chicago, IL 60693

Best Western International Inc
6201 North 24th Parkway
Phoenix, AZ 85016

Brickman Group, Ltd
3630 Solutions Center
Chicago, IL 60677

Carrier Corp
PO Box 905303
Charlotte, NC 28290

Cintas Corporation
97627 Eagle Way
Chicago, IL 60678-9760

CSE Mortgage, LLC
4445 Willard Avenue
12th Floor
Chevy Chase, MD 20815

Deutsche Banc Mortgage Capital, LLC
Attn: Director, Mortgage Backed Securities
60 Wall Street
10th Floor
New York, NY 10005

Doubletree Hotel Systems, Inc.
9336 Civic Center Drive
Attn: General Counsel
Beverly Hills, CA 90210

Ecolab
PO Box 905327
Charlotte, NC 28290-5327

Ecolab Pest Elimination
PO Box 6007
Grand Forks, ND 58206-6007

Eric Ryan Corporation
1 Early Street
Ellwood City, PA 16117

Fibercare
7701 Pillsbury Avenue South
Richfield, MN 55423

Global Restaurant Design, Corp
31368 Via Colinas
Suite #108
Westlake Village, CA 91362

Guest Supply, Inc.
PO Box 910
Monmouth Juction, NJ 08852

HD Supply Facilities
PO Box 509058
Maintenance
San Diego, CA 92150-9058

Hilton Hotels Corporation
4649 Paysphere Circle
Chicago, IL 60674-4694

Hilton Inns, Inc.
9336 Civic Center Drive
Attn: General Counsel
Beverly Hills, CA 90210

Hyatt Summerfield Suites
194 Park Ave.
Morristown, NJ 07960

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104

Jenkins/Gales & Martinez
5933 West Century Blvd
Suite #1000
Los Angeles, CA 90045

JMC Global
7 Grogans Park Drive Ste 11
The Woodlands, TX 77380

LaSalle Bank National Association
Attn: Global Securities and Trust Services
LB-UBS Commercial Mortgage Trust 2007-C6
135 South LaSalle Street
Suite 1625
Chicago, IL 60603

Lehman ALI, Inc.
Attn: Charlene Thomas
101 Hudson Street
Jersey City, NJ 07302-3915

Lehman ALI, Inc.
Attn: Michael E. Lascher
1271 Avenue of the Americas
39th Floor
NEW YORK, NY 10020

LG Electronics USA Inc
PO Box 905337
Charlotte, NC 28290

LNR Property Corporation
1601 Washington Avenue, Suite 800
Miami Beach, FL 33139

Marriott Hotels
180 Hawley Lane
Trumbull, CT 06484

Marriott International, Inc.
10400 Fernwood Road
Franchise Attorney
Law Department 52/923.25
Bethesda, MD 20817

Merrill Lynch Mortgage Lending Inc.
Four World Financial Center
16th Floor
New York, NY 10080

Midland Loan Services, Inc.
10851 Mastin
Suite 700
Overland Park, KS 66210

Midland Loan Services, Inc.
Attn: President
P.O. Box 25965
Shawnee Mission, KS 66225

Oak Roofing, Inc.
220 Hemlock
Wood Dale, IL 60191

Office Depot
PO Box 633211
Cincinnati, OH 45263-3211

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Office of the Attorney General
100 West Randolph Street
Chicago, IL 60601

Office of the Attorney General
1300 I Street, Suite 1740
Sacramento, CA 95814

Office of the Attorney General
25 Market Street
CN 080
Trenton, NJ 08625

Office of the Attorney General
40 Capitol Square SW
Atlanta, GA 30334

Office of the Attorney General
55 Elm Street
Hartford, CT 06141

Office of the Attorney General
6 State House Station
Augusta, ME 04333

Office of the Attorney General
900 East Main Street
Richmond, VA 23219

Office of the Attorney General
9001 Mail Service Center
Raleigh, NC 27699-9001

Office of the Attorney General
California Department of Justice
Attn: Public Inquiry Unit
PO Box 944255
Sacramento, CA 94244-2550

Office of the Attorney General
Deputy AG Jeff Koziar
25 Market Street
CN 080
Trenton, NJ 08625

Office of the Attorney General
G. Mennen Williams Building, 7th Floor
525 W. Ottawa St.
PO Box 30212
Lansing, MI 48909

Office of the Attorney General
McCormack Building
One Ashburton Place
Boston, MA 02108

Office of the Attorney General
PO Box 629
Raleigh, NC 27602

Office of the Attorney General
The Capitol – 2nd Floor
Albany, NY 12224-0341

Onyx Sealcoating, Inc.
15113 S. Kilbourn
Midlothian, IL 60445

Pdq Consulting, Inc.
407 Wood Lake Drive
Allen, TX 75013

Pennsylvania Office of the Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

Promus Hotels, Inc.
9336 Civic Center Drive
Attn: General Counsel
Beverly Hills, CA 90210

Quoizel, Inc.
6 Corporate Pkwy.
Goose Creek, SC 29445

Romala Stone, Inc.
315 S. Beverly Drive
Suite 506
Beverly Hills, CA 90212-4316

| | | |
|---|---|---|
| Royal Cup Dine-Mor<br>PO Box 170971<br>Birmingham, AL 35217 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | Springfield Corporation<br>PO Box 620189<br>Atlanta, GA 30362 |
| Starwood Hotels & Resorts Worldwide Inc.<br>Attn: Sandy Olson<br>9841 Airport Blvd., Ste 812<br>Los Angeles, CA 90045 | Sunset Pools, Inc.<br>1808-1 I Street NW Ste 201<br>Washington, DC 20006 | Swank Audio Visuals, LLC<br>639 E. Garvois Bluffs<br>St. Louis, MO 63026 |
| Texas Attorney General's Office<br>Hal F. Morris & Ashley F. Bartram<br>Bankruptcy & Collections Div.<br>PO Box 12548, MC-008<br>Austin, TX 78711-2548 | The Sheraton LLC<br>600 Galleria Parkway<br>Suite 1700<br>Attn: General Counsel - Franchise Division<br>Atlanta, GA 30339 | The Sheraton LLC<br>c/o Starwood Hotels and Resorts Worldwide<br>1111 Westchester Ave<br>Attn: General Counsel<br>White Plains, NY 10604 |
| Triangle Renovations<br>3760 Louisville Road<br>Louisville, TN 37777 | United States Trustees Office<br>Region 2<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Us Wall Decor<br>7703 Kingspointe Parkway<br>Suite 600<br>Orlando, FL 32819 |
| Waste Management<br>PO Box 930580<br>Atlanta, GA 31193 | Wells Fargo Bank<br>Carol Anderson, Asset Manager<br>1901 Harrison St, 2nd Floor<br>Oakland, CA 94612 | Western State Design, Inc.<br>25616 Nickle Place<br>Hayward, CA 94545 |
| York Credit Opportunities Fund, L.P<br>York Credit Opportunities Master Fund, L.P<br>c/o York Capital Management<br>Attn: General Counsel<br>767 Fifth Avenue, 17th Floor<br>New York, NY 10153 | ~~Capmark Finance Inc.~~<br>~~Attn: Portfolio Manager, Specialty Asset Management~~<br>~~1600 Tysons Blvd~~<br>~~Suite 1100~~<br>~~McLean, VA 22102~~ | ~~Deutsche Bank Securities Inc.~~<br>~~Attn: General Counsel~~<br>~~60 Wall Street~~<br>~~New York, NY 10005-2858~~ |
| ~~Lasalle Bank National Association~~<br>~~C/O Wells Fargo Comm Mortgage Servicing~~<br>~~1320 Willow Pass Road #150~~<br>~~Concord, CA 94520-7910~~ | ~~Marriott International, Inc.~~<br>~~10400 Fernwood Road~~<br>~~VP Owner and Franchise Services~~<br>~~Bethesda, MD 20817~~ | ~~Rhs Commercial LLC~~<br>~~1003 Stafford Road~~<br>~~Kalamazoo, MI 49006~~ |
| ~~Summerfield Hotel Company LLC~~<br>~~Attn: SVP Franchising~~<br>~~71 S. Wacker Drive~~<br>~~Fl 14~~<br>~~Chicago, IL 60606~~ | ~~Wells Fargo Bank N.A.~~<br>~~Portfolio Managers~~<br>~~c/o Capmark Finance Inc.~~<br>~~Three Ravina Drive, Suite 200~~<br>~~Atlanta, GA 30346~~ | ~~Wells Fargo, N.A.~~<br>~~c/o Capmark Finance Inc.~~<br>~~Attn: Portfolio Managers~~<br>~~Three Ravina Drive, Suite 200~~<br>~~Atlanta, GA 30346~~ |

Creditors: 78