UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INNKEEPERS USA TRUST, *et al.*,[1] | ) | Case No. 10-13800 (SCC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the city and county of Los Angeles, State of California. I hereby certify that on May 13, 2011, I caused true and correct copies of the following document(s) to be served via (i) via email to the parties listed in <u>Exhibit A</u> and (ii) via facsimile to the parties listed in <u>Exhibit B</u>:

- **Declaration of William Q. Derrough in Support of Debtors' Disclosure Statement [Docket No. 1376]**

Dated: May 13, 2011

Scott M. Ewing
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this *13th* day of *May*, 20 *11*, by *Scott M. Ewing*, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

---

[1] The list of Debtors in these Chapter 11 Cases along with the last four digits of each Debtor's federal tax identification number can be found by visiting the Debtors' restructuring website at www.omnimgt.com/innkeepers or by contacting Omni Management Group, LLC at Innkeepers USA Trust c/o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 606, Encino, California 91436. The location of the Debtors' corporate headquarters and the service address for their affiliates is: c/o Innkeepers USA, 340 Royal Poinciana Way, Suite 306, Palm Beach, Florida 33480.

# EXHIBIT A

Apollo Investment Corporation
Attn: Joseph D. Glatt
JGlatt@apollocapital.com

Arnold & Porter LLP
ATTN: ALAN LAWRENCE
Alan.Lawrence@aporter.com

Arnold & Porter LLP
Attn: Marc Daniel
Marc.Daniel@aporter.com

Arnold & Porter LLP
Attn: Michael Canning
michael.canning@aporter.com

Arnold & Porter LLP
Attn: Michael J. Canning
michael.canning@aporter.com

Barlett Hackett Feinberg P.C.
Attn: Frank F. McGinn
ffm@bostonbusinesslaw.com

Bryan Cave LLP
Attn: Lawrence P. Gottesman, Esq
lawrence.gottesman@bryancave.com

Bryan Cave LLP
Attn: Michelle McMahon, Esq
michelle.mcmahon@bryancave.com

Centerline Servicing, Inc.
Attn: Steve Oltmann
soltmann@centerline.com

CW Capital Asset Management LLC
Attn: Scott Fishkind
sfishkind@cwcapital.com

CWCapital Performing Loan Management- CMBS
Scott Fishkind, Associate-Asset Manager
sfishkind@cwcapital.com

Dechert LLP
Attn: Andrew L. Buck
Andrew.Buck@dechert.com

Dechert LLP
Attn: Brian E. Greer
Brian.Greer@dechert.com

Dechert LLP
Attn: Justin Gdula
Justin.Gdula@dechert.com

Dechert LLP
Attn: Michael J. Sage
Michael.Sage@dechert.com

Dechert LLP
Attn: Nicole B. Herther-Spiro
nicole.hertherspiro@dechert.com

Dechert LLP
c/o Stephanie M. Tita
stephanie.tita@dechert.com

Dewey & Leboeuf LLP
Attn: Irena M. Goldstein, Esq.
igoldstein@dl.com

Dewey & Leboeuf LLp
Attn: Martin J. Bienenstock, Esq
mbienenstock@dl.com

Dewey & Leboeuf LLP
Attn:Timothy Q. Karcher, Esq.
tkarcher@dl.com

Duane Morris LLP
Attn: Phillip K. Wang
pwang@duanemorris.com

Elite Heating & Air
cust@elitehvac.com

Fire & Oak
joshuad@southcitygrill.com

Goldenbock EisemanAssor Bell & Peskoe LLP
Attn: Jonathan L. Flaxer, ESQ.
jflaxer@golenbock.com

Haynes and Boone, LLP
Attn: John D. Penn, Esq.
john.penn@haynesboone.com

Haynes and Boone, LLP
Lenard M. Parkins, Esq.
lenard.parkins@haynesboone.com

Haynes and Boone, LLP
MARK ELMORE, ESQ.
mark.elmore@haynesboone.com

Kasowitz, Benson, Torres & Friedman LLP
Attn: Adam L. Shiff, Esq.
ashiff@kasowitz.com

Kasowitz, Benson, Torres & Friedman LLP
Attn: Daniel A. Fliman
dfliman@kasowitz.com

Kasowitz, Benson, Torres & Friedman LLP
Attn: David M. Friedman
dfriedman@kasowitz.com

Kaufmann Gildin Robbins & Oppenheim LLP
Attn: Bruce R. Alter, Esq.
info@altergoldlaw.com

Kaufmann Gildin Robbins & Oppenheim LLP
David J. Kaufmann, Esq.
dkaufmann@kaufmanngildin.com

Kilpatrick & Associates, P.C.
Attn: Richardo I. Kilpatrick
ecf@kaalaw.com

Kilpatrick Stockton LLP
Attn: Jonathan E. Polonsky, Esq.
jpolonsky@kilpatrickstockton.com

Kilpatrick Stockton LLP
Attn: Mark A. Fink, Esq.
mfink@kilpatrickstockton.com

Kilpatrick Stockton LLP
Attn: Rex R. Veal, Esq.
rveal@kilpatrickstockton.com

Kilpatrick Stockton LLP
Attn: Todd C. Meyers, Esq.
tmeyers@kilpatrickstockton.com

Kirkland & Ellis, LLP
Jennifer Marines, Associate
jennifer.marines@kirkland.com

Kohner, Mann & Kailas, S.C.
Attn: Samuel C. Wisotzkey
swisotzkey@kmksc.com

LAMCO LLC
Susanne Frey
susanne.frey@lamcollc.com

Law Offices of Bruce Levinson
ecf@blevlaw.com

Law Offices of Robert E. Luna, P.C.
Attn: Andrea Sheehan, Esq.
sheehan@txschoollaw.com

Lehman ALI, Inc.
c/o David Forti, Esq.
david.forti@dechert.com

Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
dallas.bankruptcy@publicans.com

Linebarger Goggan Blair & Sampson, LLP
sanantonio.bankruptcy@publicans.com

| | | |
|---|---|---|
| LNR Partners, Inc.<br>Attn: Chris Brown<br>CBrown@LNRProperty.com | LNR Partners, Inc.<br>Chris Brown<br>cbrown@Lnrproperty.com | Lowndes, Drosdick, Doster, Kantor & Reed, P.A<br>Attn: Zachary Bancroft, Esq.<br>zachary.bancroft@lddkr.com |
| Marx Realty & Improvement Co.<br>Stephanie.T@marxrealty.com | Morrison & Foerster, LLP<br>Attn: Lorenzo Marinuzzi<br>LMarinuzzi@mofo.com | Morrison & Foerster, LLP<br>Attn: Brett H. Miller<br>BMiller@mofo.com |
| Morrison & Foerster, LLP<br>Attn: Jordan A. Wishnew<br>JWishnew@mofo.com | Office of the Attorney General<br>attorney.general@ag.ky.gov | Office of the Attorney General<br>attorney.general@ct.gov |
| Office of the Attorney General<br>cab@state.co.us | Office of the Attorney General<br>Constituent@atg.in.gov | Office of the Attorney General<br>greg.abbott@oag.state.tx.us |
| Office of the Attorney General<br>oag@oag.state.md.us | Office of the Attorney General<br>rob.mckenna@atg.wa.gov | Paul, Weiss, Rifkand, Wharton & Garrison, LLP<br>Attn: Alan W. Kornberg, Esq.<br>akornberg@paulweiss.com |
| Paul, Weiss, Rifkand, Wharton & Garrison, LLP<br>Attn: Andrew J. Ehrlich<br>aehrlich@paulweiss.com | Paul, Weiss, Rifkand, Wharton & Garrison, LLP<br>Attn: Lauren Shumejda<br>lshumejda@paulweiss.com | Perkins Coie<br>Attn: Beth Understahl<br>BUnderstahl@perkinscoie.com |
| Perkins Coie LLP<br>Attn: David Neff<br>DNeff@perkinscoie.com | Romero Law Firm<br>Attn: Martha E. Romero<br>romero@mromerolawfirm.com | Saul Ewing LLP<br>Attn: Jeffrey C. Hampton<br>jhampton@saul.com |
| Saul Ewing LLP<br>Attn: Melissa W. Rand, Esq.<br>mrand@saul.com | Sheppard Mullin Richter & Hampton LLP<br>Attn: Jane Qin<br>jqin@sheppardmullin.com | Sheppard Mullin Richter & Hampton LLP<br>Carren Shulman, Esq.<br>cshulman@sheppardmullin.com |
| State of Michigan, Department of Treasury<br>Michael A. Cox, Attorney General<br>harrisjm@michigan.gov | Wells Fargo Bank, N.A.<br>Jeffrey D. Vanacore<br>jvanacore@perkinscoie.com | Wells Fargo Bank, N.A.<br>Schuyler G. Carroll<br>scarroll@perkinscoie.com |
| Wells Fargo, N.A.<br>c/o Christopher J. Hart, Esq.<br>chart@lockelord.com | Wilmer Cutler Pickering Hale & Dorr LLP<br>Philip Anker, Esq.<br>philip.anker@wilmerhale.com | |

Creditors: 74

# **EXHIBIT B**

| | | |
|---|---|---|
| AMERICAN HOTEL REGISTER CO.<br>LEGAL COUNSEL<br>847-743-2079 | BEST WESTERN INTERNATIONAL INC<br>LEGAL COUNSEL<br>602-957-5641 | CARRIER CORP<br>LEGAL COUNSEL<br>860-622-7331 |
| CINTAS CORPORATION<br>LEGAL COUNSEL<br>708-563-0108 | CSE MORTGAGE, LLC<br>LEGAL COUNSEL<br>301-841-2340 | DOUBLETREE HOTEL SYSTEMS, INC.<br>LEGAL COUNSEL<br>310-205-7655 |
| ELITE HEATING & AIR<br>LEGAL COUNSEL<br>856-354-8655 | ERIC RYAN CORPORATION<br>LEGAL COUNSEL<br>724-752-8999 | FIBERCARE<br>LEGAL COUNSEL<br>612-277-1514 |
| GLOBAL RESTAURANT DESIGN, CORP<br>LEGAL COUNSEL<br>818-706-7701 | GUEST SUPPLY, INC.<br>LEGAL COUNSEL<br>609-514-2692 | HD SUPPLY FACILITIES<br>LEGAL COUNSEL<br>800-930-4930 |
| HILTON HOTELS CORPORATION<br>LEGAL COUNSEL<br>901-374-5425 | HILTON INNS, INC.<br>LEGAL COUNSEL<br>310-205-7655 | HYATT SUMMERFIELD SUITES<br>LEGAL COUNSEL<br>973-971-0013 |
| INTERNAL REVENUE SERVICE<br>LEGAL COUNSEL<br>267-941-1015 | JENKINS/GALES & MARTINEZ<br>LEGAL COUNSEL<br>310-670-8721 | JMC GLOBAL<br>LEGAL COUNSEL<br>832-381-2495 |
| LASALLE BANK NATIONAL ASSOCIATION<br>LEGAL COUNSEL<br>925-798-8831 | LEHMAN ALI, INC.<br>LEGAL COUNSEL<br>646-285-9336 | LEHMAN ALI, INC.<br>LEGAL COUNSEL<br>646-758-4544 |
| LG ELECTRONICS USA INC<br>LEGAL COUNSEL<br>201-408-9076 | MARRIOTT HOTELS<br>LEGAL COUNSEL<br>203-378-4958 | MIDLAND LOAN SERVICES, INC.<br>LEGAL COUNSEL<br>913-253-9001 |
| OAK ROOFING, INC.<br>LEGAL COUNSEL<br>630-238-0288 | OFFICE DEPOT<br>LEGAL COUNSEL<br>800-685-5010 | OFFICE OF ATTORNEY GENERAL<br>LEGAL COUNSEL<br>850-488-5865 |
| OFFICE OF THE ATTORNEY GENERAL<br>LEGAL COUNSEL<br>207-626-8518 | OFFICE OF THE ATTORNEY GENERAL<br>LEGAL COUNSEL<br>312-814-3589 | OFFICE OF THE ATTORNEY GENERAL<br>LEGAL COUNSEL<br>404-657-8733 |
| OFFICE OF THE ATTORNEY GENERAL<br>LEGAL COUNSEL<br>517-373-3042 | OFFICE OF THE ATTORNEY GENERAL<br>LEGAL COUNSEL<br>609-292-3508 | OFFICE OF THE ATTORNEY GENERAL<br>LEGAL COUNSEL<br>804-786-1991 |

OFFICE OF THE ATTORNEY GENERAL
LEGAL COUNSEL
860-808-5389

OFFICE OF THE ATTORNEY GENERAL
LEGAL COUNSEL
916-323-5341

OFFICE OF THE ATTORNEY GENERAL
LEGAL COUNSEL
919-716-6750

PDQ CONSULTING, INC.
LEGAL COUNSEL
972-767-3472

PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL
LEGAL COUNSEL
717-787-8242

PROMUS HOTELS, INC.
LEGAL COUNSEL
310-205-7655

QUOIZEL, INC.
LEGAL COUNSEL
631-231-7102

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
LEGAL COUNSEL
212-735-2000

SPRINGFIELD CORPORATION
LEGAL COUNSEL
770-729-0995

STARWOOD HOTELS & RESORTS WORLDWIDE INC.
LEGAL COUNSEL
914-640-8310

SUNSET POOLS, INC.
LEGAL COUNSEL
703-933-0077

SWANK AUDIO VISUALS, LLC
LEGAL COUNSEL
636-680-2898

TEXAS ATTORNEY GENERAL'S OFFICE
LEGAL COUNSEL
512-475-2994

UNITED STATES TRUSTEES OFFICE
LEGAL COUNSEL
212 668-2255

WASTE MANAGEMENT
LEGAL COUNSEL
630-218-1560

Creditors: 48