UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INNKEEPERS USA TRUST, *et al.*,[1] | ) | Case No. 10-13800 (SCC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the city and county of Los Angeles, State of California. I hereby certify that on May 13, 2011, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in <u>Exhibit A</u> attached hereto, and (ii) via overnight mail by placing the documents in a sealed Federal Express envelope, affixing a pre-paid air bill, and delivering envelopes to a Fed Ex location in Los Angeles, California to the parties listed on the Service List attached hereto as <u>Exhibit B</u>. Also, in the event the address was a P.O. Box, the document(s) listed below were placed in a sealed Express Mail envelope, affixed a pre-paid air bill, and placed in the United States mail in Los Angeles, California addressed to the parties listed on the Service List and are also included in <u>Exhibit B</u> attached hereto:

- **Notice of Second Interim Application of Morrison & Foerster LLP as Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period for the Period December 1, 2010 through March 31, 2011 [Docket No. 1375]**

Dated: May 13, 2011

Scott M. Ewing
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 13th day of May, 20 11, by Scott M. Ewing, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

---

[1] The list of Debtors in these Chapter 11 Cases along with the last four digits of each Debtor's federal tax identification number can be found by visiting the Debtors' restructuring website at www.omnimgt.com/innkeepers or by contacting Omni Management Group, LLC at Innkeepers USA Trust c/o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 606, Encino, California 91436. The location of the Debtors' corporate headquarters and the service address for their affiliates is: c/o Innkeepers USA, 340 Royal Poinciana Way, Suite 306, Palm Beach, Florida 33480.

# **EXHIBIT A**

Kirkland & Ellis, LLP
Jennifer Marines, Associate
jennifer.marines@kirkland.com

Creditors:1

# **EXHIBIT B**

BRYAN CAVE LLP
LAWRENCE P GOTTESMAN
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

DUANE MORRIS LLP
PHILLIP K WANG
ONE MARKET PLAZA SPEAR TOWER
SUITE 2200
SAN FRANCISCO, CA 94105

HAYNES AND BOONE LLP
JOHN D PENN
201 MAIN STREET SUITE 2200
FORT WORTH, TX 76102

HAYNES AND BOONE LLP
LENARD M PARKINS
30 ROCKEFELLER PLAZA
26TH FLOOR
NEW YORK, NY 1012-0015

INNKEEPERS USA TRUST
MARK MURPHY
340 ROYAL POINCIANA WAY
SUITE 306
PALM BEACH, FL 33480

UNITED STATES TRUSTEES OFFICE
PAUL SCHWARTZBERG
33 WHITEHALL STREET 21ST FLOOR
REGION 2
NEW YORK, NY 10004

Creditors: 6