# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: <u>Innkeepers USA Trust, et al.</u>   Case No. <u>10-13800</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>BRICKMAN GROUP, LTD</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518<br><br>Phone: <u>516-255-1801</u><br>Last four digits of Acct#:  <u>N/A</u><br><br>Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#:  <u>N/A</u> | Court Claim # (if known): <u>N/A</u><br>Amount of Claim:  USD<u>$5,052.54</u><br>Date Claim Filed: <u>N/A</u><br><br>Phone: <u>(301) 987-9200</u><br>Last four digits of Acct.#:  <u>N/A</u><br><br>Name and Current Address of Transferor:<br><br>BRICKMAN GROUP, LTD<br>18227D  Flower Hill Way<br>Gaithersburg, MD 20879 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>                                       Date: <u>May 18, 2011</u>
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attention: Clerk

AND TO: GRAND PRIX RIMV LESSEE LLC ("Debtor")
Case No. 10-13861
Jointly Administered under INKEEPERS USA TRUST, Case No. 10-13800

Claim # N/A

**BRICKMAN GROUP, LTD**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$5,052.54** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 18th DAY OF May, 2011.

| ASSIGNOR: BRICKMAN GROUP, LTD | ASSIGNEE: TRC MASTER FUND LLC |
|---|---|
| (Signature) | (Signature) |
| Stephen Polozie | Terrel Ross |
| (Print Name) | (Print Name) |
| Vice President | Managing Member |
| (Title) | (Title) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

## F1: Non CUD

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 132854<br>ALL STAR ENGRAVING, INC.<br>1917 W. COPANS ROAD<br>POMPANO BEACH, FL 33064 | | | UNSECURED VENDORS | | | | $93.55 |
| ACCOUNT NO. 135239<br>AMBIUS, INC<br>P.O. BOX 95409<br>PALATINE, IL 60095 | | | UNSECURED VENDORS | | | | $323.80 |
| ACCOUNT NO. 131374<br>ANHEUSER-BUSCH OF SAN DIEGO<br>P.O. BOX 80758<br>SAN DIEGO, CA 92138 | | | FOOD & BEVERAGE VENDORS | | | | $1,631.40 |
| ACCOUNT NO. 122145<br>AS HOSPITALITY REMIT TO<br>P.O. BOX 504232<br>ST LOUIS, MO 63150-4232 | | | UNSECURED VENDORS | | | | $236.66 |
| ACCOUNT NO.<br>AT&T<br>P.O. BOX 830018<br>BALTIMORE, MD 21283-0018 | | | UTILITY | | | | $247.92 |
| ACCOUNT NO. 153872<br>BRICKMAN GROUP, LTD<br>3630 SOLUTIONS CENTER<br>CHICAGO, IL 60677 | | | UNSECURED VENDORS | | | | $5,052.54 |
| ACCOUNT NO. 130683<br>BUSINESS MUSIC & COMMUNICATIONS<br>8450 PRODUCTION AVENUE<br>SAN DIEGO, CA 92121 | | | UNSECURED VENDORS | | | | $369.34 |
| ACCOUNT NO. 130736<br>CALIFORNIA SCENE PUBLISHING INC.<br>8360 JUNIPER CREEK LANE<br>SUITE #200<br>SAN DIEGO, CA 92126 | | | UNSECURED VENDORS | | | | $2,251.00 |

Page 2 of 11

Subtotal (Total of this page) | $10,206.21