# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re: **Innkeepers USA Trust, ET AL.,** Case No. **10-13800**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS, LLC** | **Hospitality eBusiness Strategies, Inc.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS, LLC
200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY 10504**

Court Claim # (if known): N/A
Amount of Claim: **$2,837.94**
Date Claim Filed: N/A

Phone: **(914) 730-1005**
Last Four Digits of Acct #: N/A

Phone: N/A
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Name and Current Address of Transferor:

Hospitality eBusiness Strategies, Inc.
6 West 48th Street, Floor 8
New York, NY 10036

Phone: N/A
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg                  Date: 5/20/2011
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New York
Attn: Clerk

AND TO: Grand Prix Floating Lessee LLC ("Debtor"), Case No. 10-13826
(Jointly Administered under Innkeepers USA Trust, Case No. 10-13800)

Claim # (if known):

**HOSPITALITY EBUSINESS STRATEGIES, INC.**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS, LLC**
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$2,837.94** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 20, 2011.

**ASSIGNOR**
Signature: /s/
Name: Dana M. Berrander
Title: Business Manager
Date: 5.20.2011

**ASSIGNEE**
Signature: /s/ Michael Goldberg
Name: Michael Goldberg
Title: Managing Member
Date: 5/20/11

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

## F1: Non CUD

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 154480<br>HOBART<br>6110 BLUFFTON ROAD<br>FORT WAYNE, IN 46809-2200 | | | UNSECURED VENDORS | | | | $149.00 |
| ACCOUNT NO.<br>HOLIDAY INN PALM BEACH AIRPORT<br>1301 BELVEDERE ROAD<br>WEST PALM BEACH, FL 33405 | | | UNSECURED VENDORS | | | | $165.02 |
| ACCOUNT NO. 138733<br>HOMAN & STONE<br>12 NORTH FIFTH STREET<br>REDLANDS, CA 92373 | | | UNSECURED VENDORS | | | | $58.38 |
| ACCOUNT NO.<br>HOME DEPOT CREDIT SERVICES<br>P.O. BOX 6028<br>ACCT # 6035322501591196<br>THE LAKES, NV 88901-6028 | | | TRADE VENDOR | | | | $218.50 |
| ACCOUNT NO.<br>HOME DEPOT SUPPLY<br>P.O. BOX 509058<br>SAN DIEGO, CA 92150 | | | TRADE VENDOR | | | | $288.59 |
| ACCOUNT NO. 129561<br>HOME ELECTRONICS<br>538 NORTH CEDAR STREET<br>LANSING, MI 48912 | | | UNSECURED VENDORS | | | | $85.00 |
| ACCOUNT NO. 137578<br>HOSPITALITY EBUSINESS STRATEGIES INC<br>14 E 60TH STREET SUITE 400<br>NEW YORK, NY 10022 | | | UNSECURED VENDORS | | | | $2,837.94 |
| ACCOUNT NO. 131294<br>HOTEL CREDIT ASSOCIATION<br>P.O. BOX 459<br>GRAFTON, IL 62037 | | | UNSECURED VENDORS | | | | $26.00 |

Subtotal (Total of this page)  $3,828.43