B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **GRAND PRIX FLOATING LESSEE LLC,**    Case No. **10-13826**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **LIQUIDITY SOLUTIONS, INC.** | **CERTIFIED TRAVEL ASSOCIATES, INC.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): **49**
Amount of Claim: **$1,104.93**
Date Claim Filed: **07/29/2010**

**LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ 07601**

Phone: **(201) 968-0001**                  Phone: _____
Last Four Digits of Acct #: _____   Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Alex Cereste                          Date:  6/10/2011
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**3240825**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **GRAND PRIX FLOATING LESSEE LLC,**   Case No. **10-13826**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **49** (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **07/29/2010**.

| | |
|---|---|
| **LIQUIDITY SOLUTIONS, INC.** | **CERTIFIED TRAVEL ASSOCIATES, INC.** |
| Name of Alleged Transferee | Name of Transferor |
| | |
| Address of Alleged Transferee: | Address of Transferor: |
| **One University Plaza, Suite 312** | **CERTIFIED TRAVEL ASSOCIATES, INC.** |
| **Hackensack, NJ 07601** | **19 AVIATION ROAD** |
| | **ALBANY, NY 12205** |

~~**DEADLINE TO OBJECT TO TRANSFER**~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
**CLERK OF THE COURT**

**3240825**

### TRANSFER NOTICE

Certified Travel Associates, Inc. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **GRAND PRIX FLOATING LESSEE LLC** (the "Debtor"), in the aggregate amount of $1,098.50, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 10-13826.

$1,104.93 RJR

IN WITNESS WHEREOF, Assignor has signed below as of the 26 day of MAY, 2011.

Certified Travel Associates, Inc.

(Signature)

JOSHUA GOLD / TOURNAMENT COORDINATOR
(Print Name and Title)

JEFFREY L CARESS
Liquidity Solutions, Inc.

GRAND PRIX FLOATING LESSEE LLC
Certified Travel Associates, Inc.


3240825