# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: <u>Innkeepers USA Trust, et al.</u>   Case No. <u>10-13800</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC<br>Name of Transferee | BENEFACTOR FUNDING CORP. FOR TRADAVO INC<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518<br><br>Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u><br><br>Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | Court Claim # (if known): <u>N/A</u><br>Amount of Claim:  USD<u>$5,861.56</u><br>Date Claim Filed: <u>N/A</u><br><br>Phone: <u>(303) 847-3562</u><br>Last four digits of Acct.#: <u>N/A</u><br><br>Name and Current Address of Transferor:<br><br>BENEFACTOR FUNDING CORP. FOR TRADAVO INC<br>14144 W Evans Circle<br>Lakewood, CO 80226 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>                                Date: <u>June 16, 2011</u>
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attention: Clerk

AND TO: GRAND PRIX FLOATING LESSEE LLC ("Debtor")
Case No. 10-13826
Jointly Administered under INKEEPERS USA TRUST, Case No. 10-13800

Claim # N/A

**BENEFACTOR FUNDING CORP. FOR TRADAVO INC**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$5,861.56** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 15th DAY OF June, 2011.

| ASSIGNOR: BENEFACTOR FUNDING CORP. FOR TRADAVO INC | ASSIGNEE: TRC MASTER FUND LLC |
|---|---|
| *(signature)* | *(signature)* |
| | (Signature) |
| Robert S Martyna | Terrel Ross |
| President and CEO | (Print Name) |
| (Print Name) | |
| | Managing Member |
| | (Title) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

### F1: Non CUD

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 138010<br>BALTHAZAR BAKERY<br>214 SOUTH DEAN STREET<br>ENGLEWOOD, NJ 07631 | | | FOOD & BEVERAGE VENDORS | | | | $1,157.10 |
| ACCOUNT NO. 124606<br>BARGAIN SUPPLY COMPANY<br>844 EAST JEFFERSON STREET<br>LOUISVILLE, KY 40206 | | | UNSECURED VENDORS | | | | $74.20 |
| ACCOUNT NO. 121590<br>BARGCO<br>P.O. BOX 460<br>ADDISON, TX 75001 | | | UNSECURED VENDORS | | | | $417.02 |
| ACCOUNT NO. 137374<br>BCD TRAVEL<br>SIX CONCOURSE PARKWAY NE<br>12TH FLOOR<br>ATLANTA, GA 30328 | | | UNSECURED VENDORS | | | | $14.90 |
| ACCOUNT NO. 138895<br>BCD TRAVEL<br>C/O MISYS<br>4620 CREEKSTONE DRIVE<br>DURHAM, NC 27703 | | | UNSECURED VENDORS | | | | $33.60 |
| ACCOUNT NO. 138896<br>BCD TRAVEL<br>C/O ANDREW CORPORATION<br>2700 ELLIS ROAD<br>JOLIET, IL 60433 | | | UNSECURED VENDORS | | | | $21.80 |
| ACCOUNT NO. 138894<br>BCD TRAVEL USA, LLC<br>C/O CARDINAL HEALTH<br>150 EAST CAMPUS VIEW BLVD<br>COLUMBUS, OH 43235 | | | UNSECURED VENDORS | | | | $34.15 |
| ACCOUNT NO. 137057<br>BENEFACTOR FUNDING CORP. FOR TRADAVO INC<br>P.O. BOX 6241<br>DENVER, CO 80206 | | | FOOD & BEVERAGE VENDORS | | | | $5,861.56 |

Subtotal (Total of this page) $7,614.33