**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| INNKEEPERS USA TRUST, et al.,[1] ) | Case No. 10-13800 (SCC) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the city and county of Los Angeles, State of California. I hereby certify that on June 21, 2011, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in <u>Exhibit A</u> attached hereto, and (ii) via overnight mail by placing the documents in a sealed Federal Express envelope, affixing a pre-paid air bill, and delivering envelopes to a Fed Ex location in Los Angeles, California to the parties listed on the Service List attached hereto as <u>Exhibit B</u>. Also, in the event the address was a P.O. Box, the document(s) listed below were placed in a sealed Express Mail envelope, affixed a pre-paid air bill, and placed in the United States mail in Los Angeles, California addressed to the parties listed on the Service List and are also included in <u>Exhibit B</u> attached hereto:

- **Statement of Official Committee of Unsecured Creditors in Support of Confirmation of Debtors' Plans of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1745]**

Dated: June 21, 2011

/s/ Scott M. Ewing
Scott M. Ewing
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California }
{                    } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 21st day of June, 20 11, by Scott M. Ewing, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Catherine A. Rojo
Notary Public

CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

---

[1] The list of Debtors in these Chapter 11 Cases along with the last four digits of each Debtor's federal tax identification number can be found by visiting the Debtors' restructuring website at www.omnimgt.com/innkeepers or by contacting Omni Management Group, LLC at Innkeepers USA Trust c/o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 606, Encino, California 91436. The location of the Debtors' corporate headquarters and the service address for their affiliates is: c/o Innkeepers USA, 340 Royal Poinciana Way, Suite 306, Palm Beach, Florida 33480.

# **EXHIBIT A**

Innkeepers USA Trust, et al. - Service List to e-mail Recipients                                                                          Served 6/17/2011

Apollo Investment Corporation
Attn: Joseph D. Glatt
JGlatt@apollocapital.com

Arnold & Porter LLP
ATTN: ALAN LAWRENCE
Alan.Lawrence@aporter.com

Arnold & Porter LLP
Attn: Marc Daniel
Marc.Daniel@aporter.com

Arnold & Porter LLP
Attn: Michael Canning
michael.canning@aporter.com

Arnold & Porter LLP
Attn: Michael J. Canning
michael.canning@aporter.com

Barlett Hackett Feinberg P.C.
Attn: Frank F. McGinn
ffm@bostonbusinesslaw.com

Bryan Cave LLP
Attn: Lawrence P. Gottesman, Esq
lawrence.gottesman@bryancave.com

Bryan Cave LLP
Attn: Michelle McMahon, Esq
michelle.mcmahon@bryancave.com

Centerline Servicing, Inc.
Attn: Steve Oltmann
soltmann@centerline.com

CW Capital Asset Management LLC
Attn: Scott Fishkind
sfishkind@cwcapital.com

CWCapital Performing Loan Management- CMBS
Scott Fishkind, Associate-Asset Manager
sfishkind@cwcapital.com

Dechert LLP
nicole.hertherspiro@dechert.com

Dechert LLP
Attn: Andrew L. Buck
Andrew.Buck@dechert.com

Dechert LLP
Attn: Brian E. Greer
Brian.Greer@dechert.com

Dechert LLP
Attn: Justin Gdula
Justin.Gdula@dechert.com

Dechert LLP
Attn: Michael J. Sage
Michael.Sage@dechert.com

Dechert LLP
Attn: Nicole B. Herther-Spiro
nicole.hertherspiro@dechert.com

Dechert LLP
c/o Stephanie M. Tita
stephanie.tita@dechert.com

Dewey & Leboeuf LLP
Attn: Irena M. Goldstein, Esq.
igoldstein@dl.com

Dewey & Leboeuf LLp
Attn: Martin J. Bienenstock, Esq
mbienenstock@dl.com

Dewey & Leboeuf LLP
Attn:Timothy Q. Karcher, Esq.
tkarcher@dl.com

**Innkeepers USA Trust, et al. - Service List to e-mail Recipients**                                                                 Served 6/17/2011

| | | |
|---|---|---|
| Duane Morris LLP<br>Attn: Phillip K. Wang<br>pwang@duanemorris.com | Elite Heating & Air<br>cust@elitehvac.com | Fire & Oak<br>joshuad@southcitygrill.com |
| Goldenbock EisemanAssor Bell & Peskoe LLP<br>Attn: Jonathan L. Flaxer, ESQ.<br>jflaxer@golenbock.com | Haynes and Boone, LLP<br>Attn: John D. Penn, Esq.<br>john.penn@haynesboone.com | Haynes and Boone, LLP<br>ATTN: Lenard M. Parkins, Esq. - MARK ELMORE,<br>lenard.parkins@haynesboone.com<br>mark.elmore@haynesboone.com |
| Haynes and Boone, LLP<br>Lenard M. Parkins, Esq.<br>lenard.parkins@haynesboone.com | Kasowitz, Benson, Torres & Friedman LLP<br>Attn: Adam L. Shiff, Esq.<br>ashiff@kasowitz.com | Kasowitz, Benson, Torres & Friedman LLP<br>Attn: Daniel A. Fliman<br>dfliman@kasowitz.com |
| Kasowitz, Benson, Torres & Friedman LLP<br>Attn: David M. Friedman<br>dfriedman@kasowitz.com | Kaufmann Gildin Robbins & Oppenheim LLP<br>Attn: Bruce R. Alter, Esq.<br>info@altergoldlaw.com | Kaufmann Gildin Robbins & Oppenheim LLP<br>David J. Kaufmann, Esq.<br>dkaufmann@kaufmanngildin.com |
| Kilpatrick & Associates, P.C.<br>Attn: Richardo I. Kilpatrick<br>ecf@kaalaw.com | Kilpatrick Stockton LLP<br>Attn: Jonathan E. Polonsky, Esq.<br>jpolonsky@kilpatrickstockton.com | Kilpatrick Stockton LLP<br>Attn: Mark A. Fink, Esq.<br>mfink@kilpatrickstockton.com |
| Kilpatrick Stockton LLP<br>Attn: Rex R. Veal, Esq.<br>rveal@kilpatrickstockton.com | Kilpatrick Stockton LLP<br>Attn: Todd C. Meyers, Esq.<br>tmeyers@kilpatrickstockton.com | Kirkland & Ellis, LLP<br>Jennifer Marines, Associate<br>jennifer.marines@kirkland.com |
| Kohner, Mann & Kailas, S.C.<br>Attn: Samuel C. Wisotzkey<br>swisotzkey@kmksc.com | LAMCO LLC<br>Susanne Frey<br>susanne.frey@lamcollc.com | Law Offices of Robert E. Luna, P.C.<br>Attn: Andrea Sheehan, Esq.<br>sheehan@txschoollaw.com |

**Innkeepers USA Trust, et al. - Service List to e-mail Recipients**                                                                                              Served 6/17/2011

| | | |
|---|---|---|
| Lehman ALI, Inc.<br>c/o David Forti, Esq.<br>david.forti@dechert.com | Linebarger Goggan Blair & Sampson, LLP<br>sanantonio.bankruptcy@publicans.com | Linebarger Goggan Blair & Sampson, LLP<br>Attn: Elizabeth Weller<br>dallas.bankruptcy@publicans.com |
| LNR Partners, Inc.<br>Attn: Chris Brown<br>CBrown@LNRProperty.com | LNR Partners, Inc.<br>Chris Brown<br>cbrown@Lnrproperty.com | Lowndes, Drosdick, Doster, Kantor & Reed, P.A<br>Attn: Zachary Bancroft, Esq.<br>zachary.bancroft@lddkr.com |
| Marx Realty & Improvement Co.<br>Stephanie.T@marxrealty.com | Morrison & Foerster, LLP<br>Attn: Lorenzo Marinuzzi<br>LMarinuzzi@mofo.com | Morrison & Foerster, LLP<br>Attn: Brett H. Miller<br>BMiller@mofo.com |
| Morrison & Foerster, LLP<br>Attn: Jordan A. Wishnew<br>JWishnew@mofo.com | Office of the Attorney General<br>attorney.general@ag.ky.gov | Office of the Attorney General<br>attorney.general@ct.gov |
| Office of the Attorney General<br>cab@state.co.us | Office of the Attorney General<br>Constituent@atg.in.gov | Office of the Attorney General<br>greg.abbott@oag.state.tx.us |
| Office of the Attorney General<br>oag@oag.state.md.us | Office of the Attorney General<br>rob.mckenna@atg.wa.gov | Paul, Weiss, Rifkand, Wharton & Garrison, LLP<br>Attn: Alan W. Kornberg, Esq.<br>akornberg@paulweiss.com |
| Paul, Weiss, Rifkand, Wharton & Garrison, LLP<br>Attn: Andrew J. Ehrlich<br>aehrlich@paulweiss.com | Paul, Weiss, Rifkand, Wharton & Garrison, LLP<br>Attn: Lauren Shumejda<br>lshumejda@paulweiss.com | Perkins Coie<br>Attn: Beth Understahl<br>BUnderstahl@perkinscoie.com |

Innkeepers USA Trust, et al. - Service List to e-mail Recipients
Served 6/17/2011

Perkins Coie LLP
Attn: David Neff
DNeff@perkinscoie.com

Quoizel, Inc.
alevine@hgg.com

Quoizel, Inc.
nmalito@hgg.com

Romero Law Firm
Attn: Martha E. Romero
romero@mromerolawfirm.com

Saul Ewing LLP
Attn: Jeffrey C. Hampton
jhampton@saul.com

Saul Ewing LLP
Attn: Melissa W. Rand, Esq.
mrand@saul.com

Sheppard Mullin Richter & Hampton LLP
Attn: Jane Qin
jqin@sheppardmullin.com

Sheppard Mullin Richter & Hampton LLP
Carren Shulman, Esq.
cshulman@sheppardmullin.com

State of Michigan, Department of Treasury
Michael A. Cox, Attorney General
harrisjm@michigan.gov

Wachtell, Lipton, Rosen & Katz
Ckushner@wlrk.com

Wachtell, Lipton, Rosen & Katz
SKCharles@wlrk.com

Watchell, Lipton, Rosen & Katz
Dfischman@wlrk.com

Wayne County Treasurer
ecf@kaalaw.com

Wells Fargo Bank, N.A.
Schuyler G. Carroll - Jeffrey D. Vanacore
scarroll@perkinscoie.com
jvanacore@perkinscoie.com

Wells Fargo, N.A.
c/o Christopher J. Hart, Esq.
chart@lockelord.com

Wilmer Cutler Pickering Hale & Dorr LLP
Philip Anker, Esq.
philip.anker@wilmerhale.com

Creditors:    79

# **EXHIBIT B**

| | | |
|---|---|---|
| AMERICAN HOTEL REGISTER CO.<br>16458 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | BEST WESTERN INTERNATIONAL INC<br>6201 NORTH 24TH PARKWAY<br>PHOENIX, AZ 85016 | BRICKMAN GROUP, LTD<br>3630 SOLUTIONS CENTER<br>CHICAGO, IL 60677 |
| CAPMARK FINANCE INC.<br>ATTN: PORTFOLIO MANAGER, SPECIALTY ASSET MAN<br>1600 TYSONS BLVD<br>SUITE 1100<br>MCLEAN, VA 22102 | CARRIER CORP<br>PO BOX 905303<br>CHARLOTTE, NC 28290 | CINTAS CORPORATION<br>97627 EAGLE WAY<br>CHICAGO, IL 60678-9760 |
| CSE MORTGAGE, LLC<br>4445 WILLARD AVENUE<br>12TH FLOOR<br>CHEVY CHASE, MD 20815 | DEUTSCHE BANC MORTGAGE CAPITAL, LLC<br>ATTN: DIRECTOR, MORTGAGE BACKED SECURITIES<br>60 WALL STREET<br>10TH FLOOR<br>NEW YORK, NY 10005 | DEUTSCHE BANK SECURITIES INC.<br>ATTN: GENERAL COUNSEL<br>60 WALL STREET<br>NEW YORK, NY 10005-2858 |
| DOUBLETREE HOTEL SYSTEMS, INC.<br>9336 CIVIC CENTER DRIVE<br>ATTN: GENERAL COUNSEL<br>BEVERLY HILLS, CA 90210 | ECOLAB<br>PO BOX 905327<br>CHARLOTTE, NC 28290-5327 | ECOLAB PEST ELIMINATION<br>PO BOX 6007<br>GRAND FORKS, ND 58206-6007 |
| ERIC RYAN CORPORATION<br>1 EARLY STREET<br>ELLWOOD CITY, PA 16117 | FIBERCARE<br>7701 PILLSBURY AVENUE SOUTH<br>RICHFIELD, MN 55423 | GLOBAL RESTAURANT DESIGN, CORP<br>31368 VIA COLINAS<br>SUITE #108<br>WESTLAKE VILLAGE, CA 91362 |
| GUEST SUPPLY, INC.<br>PO BOX 910<br>MONMOUTH JUCTION, NJ 08852 | HD SUPPLY FACILITIES<br>PO BOX 509058<br>MAINTENANCE<br>SAN DIEGO, CA 92150-9058 | HILTON HOTELS CORPORATION<br>4649 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-4694 |
| HILTON INNS, INC.<br>9336 CIVIC CENTER DRIVE<br>ATTN: GENERAL COUNSEL<br>BEVERLY HILLS, CA 90210 | HYATT SUMMERFIELD SUITES<br>194 PARK AVE.<br>MORRISTOWN, NJ 07960 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19104 |
| JENKINS/GALES & MARTINEZ<br>5933 WEST CENTURY BLVD<br>SUITE #1000<br>LOS ANGELES, CA 90045 | JMC GLOBAL<br>7 GROGANS PARK DRIVE STE 11<br>THE WOODLANDS, TX 77380 | LASALLE BANK NATIONAL ASSOCIATION<br>ATTN: GLOBAL SECURITIES AND TRUST SERVICES<br>LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6<br>135 SOUTH LASALLE STREET<br>SUITE 1625<br>CHICAGO, IL 60603 |
| LASALLE BANK NATIONAL ASSOCIATION<br>C/O WELLS FARGO COMM MORTGAGE SERVICING<br>1320 WILLOW PASS ROAD #150<br>CONCORD, CA 94520-7910 | LEHMAN ALI, INC.<br>ATTN: LEGAL COUNSEL<br>101 HUDSON STREET<br>JERSEY CITY, NJ 07302-3915 | LEHMAN ALI, INC.<br>ATTN: MICHAEL E. LASCHER<br>1271 AVENUE OF THE AMERICAS<br>39TH FLOOR<br>NEW YORK, NY 10020 |
| LG ELECTRONICS USA INC<br>PO BOX 905337<br>CHARLOTTE, NC 28290 | LNR PROPERTY CORPORATION<br>1601 WASHINGTON AVENUE, SUITE 800<br>MIAMI BEACH, FL 33139 | MARRIOTT HOTELS<br>180 HAWLEY LANE<br>TRUMBULL, CT 06484 |
| MARRIOTT INTERNATIONAL, INC.<br>10400 FERNWOOD ROAD<br>FRANCHISE ATTORNEY<br>LAW DEPARTMENT 52/923.25<br>BETHESDA, MD 20817 | MARRIOTT INTERNATIONAL, INC.<br>10400 FERNWOOD ROAD<br>VP OWNER AND FRANCHISE SERVICES<br>BETHESDA, MD 20817 | MERRILL LYNCH MORTGAGE LENDING INC.<br>FOUR WORLD FINANCIAL CENTER<br>16TH FLOOR<br>NEW YORK, NY 10080 |

Innkeepers USA Trust, et al. - Federal Express and\or Express Mail

Served 6/17/2011

| | | |
|---|---|---|
| MIDLAND LOAN SERVICES, INC.<br>10851 MASTIN<br>SUITE 700<br>OVERLAND PARK, KS 66210 | MIDLAND LOAN SERVICES, INC.<br>ATTN: PRESIDENT<br>P.O. BOX 25965<br>SHAWNEE MISSION, KS 66225 | OAK ROOFING, INC.<br>220 HEMLOCK<br>WOOD DALE, IL 60191 |
| OFFICE DEPOT<br>PO BOX 633211<br>CINCINNATI, OH 45263-3211 | OFFICE OF ATTORNEY GENERAL<br>STATE OF FLORIDA<br>THE CAPITOL PL-01<br>TALLAHASSEE, FL 32399-1050 | OFFICE OF THE ATTORNEY GENERAL<br>100 WEST RANDOLPH STREET<br>CHICAGO, IL 60601 |
| OFFICE OF THE ATTORNEY GENERAL<br>1300 I STREET, SUITE 1740<br>SACRAMENTO, CA 95814 | OFFICE OF THE ATTORNEY GENERAL<br>25 MARKET STREET<br>CN 080<br>TRENTON, NJ 08625 | OFFICE OF THE ATTORNEY GENERAL<br>40 CAPITOL SQUARE SW<br>ATLANTA, GA 30334 |
| OFFICE OF THE ATTORNEY GENERAL<br>55 ELM STREET<br>HARTFORD, CT 06141 | OFFICE OF THE ATTORNEY GENERAL<br>6 STATE HOUSE STATION<br>AUGUSTA, ME 04333 | OFFICE OF THE ATTORNEY GENERAL<br>900 EAST MAIN STREET<br>RICHMOND, VA 23219 |
| OFFICE OF THE ATTORNEY GENERAL<br>9001 MAIL SERVICE CENTER<br>RALEIGH, NC 27699-9001 | OFFICE OF THE ATTORNEY GENERAL<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>ATTN: PUBLIC INQUIRY UNIT<br>PO BOX 944255<br>SACRAMENTO, CA 94244-2550 | OFFICE OF THE ATTORNEY GENERAL<br>DEPUTY AG JEFF KOZIAR<br>25 MARKET STREET<br>CN 080<br>TRENTON, NJ 08625 |
| OFFICE OF THE ATTORNEY GENERAL<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST.<br>PO BOX 30212<br>LANSING, MI 48909 | OFFICE OF THE ATTORNEY GENERAL<br>MCCORMACK BUILDING<br>ONE ASHBURTON PLACE<br>BOSTON, MA 02108 | OFFICE OF THE ATTORNEY GENERAL<br>PO BOX 629<br>RALEIGH, NC 27602 |
| OFFICE OF THE ATTORNEY GENERAL<br>THE CAPITOL – 2ND FLOOR<br>ALBANY, NY 12224-0341 | ONYX SEALCOATING, INC.<br>15113 S. KILBOURN<br>MIDLOTHAN, IL 60445 | PDQ CONSULTING, INC.<br>407 WOOD LAKE DRIVE<br>ALLEN, TX 75013 |
| PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL<br>16TH FLOOR, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 | PROMUS HOTELS, INC.<br>9336 CIVIC CENTER DRIVE<br>ATTN: GENERAL COUNSEL<br>BEVERLY HILLS, CA 90210 | QUOIZEL, INC.<br>6 CORPORATE PKWY.<br>GOOSE CREEK, SC 29445 |
| RHS COMMERCIAL LLC<br>1003 STAFFORD ROAD<br>KALAMAZOO, MI 49006 | ROMALA STONE, INC.<br>314 S. BEVERLY DR<br>BEVERLY HILLS, CA 90212-4801 | ROYAL CUP DINE-MOR<br>PO BOX 170971<br>BIRMINGHAM, AL 35217 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>FOUR TIMES SQUARE<br>NEW YORK, NY 10036 | SPRINGFIELD CORPORATION<br>PO BOX 620189<br>ATLANTA, GA 30362 | STARWOOD HOTELS & RESORTS WORLDWIDE INC<br>ATTN: SANDY OLSON<br>9841 AIRPORT BLVD., STE 812<br>LOS ANGELES, CA 90045 |
| SUMMERFIELD HOTEL COMPANY LLC<br>ATTN: SVP FRANCHISING<br>71 S. WACKER DRIVE<br>FL 14<br>CHICAGO, IL 60606 | SUNSET POOLS, INC.<br>1808-1 I STREET NW STE 201<br>WASHINGTON, DC 20006 | SWANK AUDIO VISUALS, LLC<br>639 E. GARVOIS BLUFFS<br>ST. LOUIS, MO 63026 |

| | | |
|---|---|---|
| TEXAS ATTORNEY GENERAL'S OFFICE<br>HAL F. MORRIS & ASHLEY F. BARTRAM<br>BANKRUPTCY & COLLECTIONS DIV.<br>PO BOX 12548, MC-008<br>AUSTIN, TX 78711-2548 | THE SHERATON LLC<br>600 GALLERIA PARKWAY<br>SUITE 1700<br>ATTN: GENERAL COUNSEL - FRANCHISE DIVISION<br>ATLANTA, GA 30339 | THE SHERATON LLC<br>C/O STARWOOD HOTELS AND RESORTS WORLDW<br>1111 WESTCHESTER AVE<br>ATTN: GENERAL COUNSEL<br>WHITE PLAINS, NY 10604 |
| TRIANGLE RENOVATIONS<br>3760 LOUISVILLE ROAD<br>LOUISVILLE, TN 37777 | UNITED STATES TRUSTEES OFFICE<br>REGION 2<br>33 WHITEHALL STREET, 21ST FLOOR<br>NEW YORK, NY 10004 | US WALL DECOR<br>7703 KINGSPOINTE PARKWAY<br>SUITE 600<br>ORLANDO, FL 32819 |
| WASTE MANAGEMENT<br>PO BOX 930580<br>ATLANTA, GA 31193 | WELLS FARGO BANK<br>CAROL ANDERSON, ASSET MANAGER<br>1901 HARRISON ST, 2ND FLOOR<br>OAKLAND, CA 94612 | WELLS FARGO, N.A.<br>C/O CAPMARK FINANCE INC.<br>ATTN: PORTFOLIO MANAGERS<br>THREE RAVINA DRIVE, SUITE 200<br>ATLANTA, GA 30346 |
| WESTERN STATE DESIGN, INC.<br>25616 NICKLE PLACE<br>HAYWARD, CA 94545 | YORK CREDIT OPPORTUNITIES FUND, L.P<br>YORK CREDIT OPPORTUNITIES MASTER FUND, L.P<br>C/O YORK CAPITAL MANAGEMENT<br>ATTN: GENERAL COUNSEL<br>767 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10153 | |

Creditors: 77