James H.M. Sprayregen, P.C.
Paul M. Basta
Stephen E. Hessler
Brian S. Lennon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

and

Anup Sathy, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Counsel to the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| INNKEEPERS USA TRUST, *et al.*,[1] | ) Case No. 10-13800 (SCC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**NOTICE OF ENTRY OF CONFIRMATION ORDER AND
OCCURRENCE OF EFFECTIVE DATE OF THE ONTARIO JOINT PLAN OF
REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**TO ALL CREDITORS, EQUITY INTEREST
HOLDERS AND PARTIES IN INTEREST:**

---

[1] The list of Debtors in these Chapter 11 Cases along with the last four digits of each Debtor's federal tax identification number can be found by visiting the Debtors' restructuring website at www.omnimgt.com/innkeepers or by contacting Omni Management Group, LLC at Innkeepers USA Trust c/o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 606, Encino, California 91436. The location of the Debtors' corporate headquarters and the service address for their affiliates is: c/o Innkeepers USA, 340 Royal Poinciana Way, Suite 306, Palm Beach, Florida 33480.

**PLEASE TAKE NOTICE** that an order [Docket No. 1804] (the "**Confirmation Order**") confirming the Debtors' Plans of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code, dated June 29, 2011 (the "**Plan**") [Docket No. 1799] was entered by the Honorable Shelley C. Chapman, United States Bankruptcy Judge, and docketed by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "**Court**"). Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to them in the Plan and the Confirmation Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the satisfaction or waiver of the conditions set forth in Article IX.D of the Plan, on **July 7, 2011**, the Ontario Hotel Debtors emerged from their court-supervised restructuring, and the Ontario Plan became effective.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order and the Plan establish certain deadlines by which Holders of Claims must take certain actions, including an Administrative Claims Bar Date of August 6, 2011 with respect to the Ontario Plan. Holders of Administrative Claims that are required to File and serve a request for payment of such Administrative Claims by the Administrative Bar Date that do not File and serve such a request by the Administrative Claims Bar Date shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Ontario Hotel Debtors, the Post-Effective Date Ontario Hotel Debtors, or the property of the Post-Effective Date Ontario Hotel Debtors and such Administrative Claims shall be deemed discharged as of the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that objections to such requests must be Filed and served on the requesting party by the later of (a) 180 days after the Effective Date and (b) 180 days after the Filing of the applicable request for payment of Administrative Claims, if applicable.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and the related documents, are available at the website of the Debtors' Notice and Claims Agent, Omni Management Group, LLC ("**Omni**") at http://www.omnimgt.com/innkeepers or for a fee on the Courts' website at www.nysb.uscourt.gov. To access documents on the Court's website, you will need a PACER password and login, which can be obtained at http://www.pacer/psc/uscourt.gov.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, any Holder of a Claim against, or Interest in, the Debtors and such holder's respective successors and assigns, whether or not such holder or entity voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Fixed/Floating Debtors, the Anaheim Hotel Debtors, and the Remaining Debtors, which are identified in the Confirmation Order and Plan, remain in chapter 11.

| | |
|---|---|
| New York, New York<br>Dated: July 8, 2011 | /s/ *Brian S. Lennon*<br>James H.M. Sprayregen, P.C.<br>Paul M. Basta<br>Stephen E. Hessler<br>Brian S. Lennon<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>and<br><br>Anup Sathy, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654-3406<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>Counsel to the Debtors and<br>Debtors in Possession |