# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re: **Innkeepers USA Trust, ET AL.,** Case No. **10-13800**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS, LLC** | **Commercial Laundry Equipment Company, Inc.** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): N/A <br> Amount of Claim: **$3,687.92** <br> Date Claim Filed: N/A |
| **SONAR CREDIT PARTNERS, LLC** <br> **200 BUSINESS PARK DRIVE, SUITE 201** <br> **ARMONK, NY 10504** | |
| Phone: **(914) 730-1005** <br> Last Four Digits of Acct #: N/A | Phone: N/A <br> Last Four Digits of Acct. #: N/A |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor: <br><br> Commercial Laundry Equipment Company, Inc. <br> 1114 53rd Court South <br> West Palm Beach, FL 33407 |
| Phone: N/A <br> Last Four Digits of Acct #: N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg                Date: 10/17/2011
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New York
Attn: Clerk

AND TO: Grand Prix Fixed Lessee LLC ("Debtor"), Case No. 10-13825
(Jointly Administered under Innkeepers USA Trust, Case No. 10-13800)

Schedule # (if known):

**COMMERCIAL LAUNDRY EQUIP. CO.**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS, LLC**
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$3,687.92** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October _10th_, 2011.

| ASSIGNOR | ASSIGNEE |
|---|---|
| Signature: _/s/_ | Signature: _/s/ Michael Goldberg_ |
| Name: Robert Henser | Name: Michael Goldberg |
| Title: President | Title: Managing Member |
| Date: 10/10/11 | Date: 10/17/11 |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

## F1: Non CUD

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 150802<br>COMMERCIAL LAUNDRY EQUIP. CO.<br>1114 53RD COURT SOUTH<br>WEST PALM BEACH, FL 33407 | | | UNSECURED VENDORS | | | | $3,687.92 |
| ACCOUNT NO. 136677<br>COMMERCIAL LAUNDRY EQUIPMENT<br>6633 WEST 66TH AVENUE<br>ARVADA, CO 80003 | | | UNSECURED VENDORS | | | | $301.04 |
| ACCOUNT NO. 135733<br>COMMLOG LLC<br>2509 EAST DARREL ROAD<br>PHOENIX, AZ 85042 | | | UNSECURED VENDORS | | | | $39.60 |
| ACCOUNT NO. 129420<br>COMMONWEALTH CLEANERS AND LAUNDRY<br>3002 HILLARD ROAD<br>RICHMOND, VA 23228 | | | UNSECURED VENDORS | | | | $983.32 |
| ACCOUNT NO. 138070<br>COMPLETE LANDSCULPTURE<br>2000 SANDY LANE<br>DALLAS, TX 75220 | | | UNSECURED VENDORS | | | | $3,911.01 |
| ACCOUNT NO. 132809<br>COMPUTERIZED BUSINESS SOLUTIONS, LLC<br>624 WEST SHERIDAN AVENUE<br>OKLAHOMA CITY, OK 73102 | | | UNSECURED VENDORS | | | | $3,417.68 |
| ACCOUNT NO. 150827<br>CONCORD CUSTOM CLEANERS<br>1000 FLOYD DRIVE #170<br>LEXINGTON, KY 40505 | | | UNSECURED VENDORS | | | | $434.96 |
| ACCOUNT NO.<br>CONEDISON SOLUTIONS<br>100 SUMMITT LAKE DRIVE<br>SUITE 410<br>VALHALLA, NY 10595 | | | UNSECURED VENDORS | | | | $7,357.20 |

Subtotal (Total of this page)　　$20,132.73